UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN

                Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.

                Defendants.

23-CV-9648 (JGLC)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

JESSICA G. L. CLARKE, United States District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

- [✔] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [ ] Specific Non-Dispositive Motion/Dispute: _____
- [ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____
- [ ] Settlement
- [ ] Inquest After Default/Damages Hearing
- [ ] Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
  Purpose: _____
- [ ] Habeas Corpus
- [ ] Social Security
- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation).
  Particular Motion: _____

Dated: November 7, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge