IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK     23-cv-09648-JGLC-GWC
------------------------------------------------------------------X

                JASON GOODMAN,

                     Plaintiff,     **NOTICE OF MOTION**
      -against-                                **TO STRIKE AND**
                                             **ENJOIN NON-PARTY**
THE CITY OF NEW YORK and NEW YORK CITY     **FILINGS**
POLICE DEPARTMENT, NEW YORK CITY MAYOR
ERIC ADAMS, NEW YORK CITY POLICE
DEPARTMENT LIEUTENANT GEORGE EBRAHIM,
NEW YORK CITY POLICE DEPARTMENT OFFICER
CHANDLER CASTRO, NEW YORK CITY POLICE
DEPARTMENT OFFICER JENNIFER CARUSO, NEW
YORK CITY POLICE DEPARTMENT OFFICER
KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN
DOE 3, JOHN DOE 4, JANE DOE, (fictitious names
intended to be officers, representatives, agents, servants of
the New York City Police Department, individually and in
their official capacities, ELON MUSK, X CORP, ADAM
SHARP.
                          Defendants.
------------------------------------------------------------------X

    PLEASE TAKE NOTICE that, with this filing and its associated briefs, memoranda and exhibits, plaintiff Jason Goodman, by and for himself pro se will move this Court for an order striking filings of non-party David George Sweigert for the reasons set forth in the attached motion.

                                                  Dated: New York, New York November 8, 2023

                                                         Respectfully submitted,

                                                            Jason Goodman
                                                           Pro Se Plaintiff
                                         truth@crowdsourcethetruth.org
                                                 252 7th Avenue Apt 6s
                                                     New York, NY 10001
                                                        347-380-6998