IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X      23-cv-09648-JGLC-GWC

                JASON GOODMAN,

                      Plaintiff,
    -against-                                    **CERTIFICATE OF SERVICE**

THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY MAYOR ERIC ADAMS, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, (fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities, ELON MUSK, X CORP, ADAM SHARP.
                              Defendants.
-------------------------------------------------------------------X

      It is hereby certified that Defendant Pro Se, Jason Goodman, served Defendants via USPS.

      For THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT and all NEW YORK CITY POLICE DEPARTMENT defendants:

C/O
Corporate Counsel
100 Church Street
New York, NY 10007

      And to:

ELON MUSK
C/O Alex Spiro
Quinn Emanuel Urquhart & Sullivan
51 Madison Ave 22nd floor
New York, NY 10010

X CORP
C/O
C T CORPORATION SYSTEM
701 S CARSON ST STE 200,
Carson City, NV, 89701, USA

ADAM SHARP
C/O
John T. Mills
Gordon Rees Scully Mansukhani, LLP
One Battery Park Plaza, 28th Floor
New York, New York 10004

Dated: New York, New York November 8, 2023

Respectfully submitted,

Jason Goodman
Pro Se Plaintiff
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998