IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK      23-cv-09648-JGLC-GWC
------------------------------------------------------------------X

        JASON GOODMAN,

                Plaintiff,                       **NOTICE OF MOTION**
    -against-                                        **TO STRIKE AND**
                                                                   **ENJOIN NON-PARTY**
THE CITY OF NEW YORK and NEW YORK CITY        **FILINGS**
POLICE DEPARTMENT, NEW YORK CITY MAYOR
ERIC ADAMS, NEW YORK CITY POLICE               **MEMORANDUM ENDORSED**
DEPARTMENT LIEUTENANT GEORGE EBRAHIM,
NEW YORK CITY POLICE DEPARTMENT OFFICER
CHANDLER CASTRO, NEW YORK CITY POLICE
DEPARTMENT OFFICER JENNIFER CARUSO, NEW
YORK CITY POLICE DEPARTMENT OFFICER
KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN
DOE 3, JOHN DOE 4, JANE DOE, (fictitious names
intended to be officers, representatives, agents, servants of
the New York City Police Department, individually and in
their official capacities, ELON MUSK, X CORP, ADAM
SHARP.

                                    Defendants.
------------------------------------------------------------------X

PLEASE TAKE NOTICE that, with this filing and its associated briefs, memoranda and exhibits, plaintiff Jason Goodman, by and for himself pro se will move this Court for an order striking filings of non-party David George Sweigert for the reasons set forth in the attached motion.

Dated: New York, New York November 8, 2023

Respectfully submitted,

*/s/ Jason Goodman*

Jason Goodman
Pro Se Plaintiff
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

The document filed as # 2 was not filed by a party and therefore the Clerk is directed to strike it.  There is no need for any further order on this point because the Clerk's Office is to accept only filings by parties (or a motion to intervene, which has already been filed and denied).

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 27, 2023

1