AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Jason Goodman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-09648-JGLC-GWG |
| The City of New York et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Adam Sharp.

Date: 11/30/2023

/s/ John Mills
*Attorney's signature*

John Mills
*Printed name and bar number*
Gordon Rees Scully Mansukhani LLP
One Battery Park Plaza, 28th Floor
New York, New York 10004

*Address*

jtmills@grsm.com
*E-mail address*

(212) 269-5500
*Telephone number*

(212) 269-5505
*FAX number*