AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Jason Goodman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-09648-JGLC-GWG |
| The City of New York et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Adam Sharp                                                                                           .

Date:   12/01/2023                                                   /s/ Brian Middlebrook
                                                                              *Attorney's signature*

                                                                              Brian Middlebrook
                                                                              *Printed name and bar number*
                                                                              Gordon Rees Scully Mansukhani LLP
                                                                              One Battery Park Plaza, 28th Floor
                                                                              New New York, New York 10004

                                                                              *Address*

                                                                              BMiddlebrook@grsm.com
                                                                              *E-mail address*

                                                                              (212) 269-5500
                                                                              *Telephone number*

                                                                              (212) 269-5505
                                                                              *FAX number*