The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 519
New York, New York 10007

Re:   Goodman v City of New York et al
Case No.: 1:23-cv-09648-JGLC-GWG

December 1, 2023

Dear Judge Goerenstein,

    I respectfully oppose defendant Adam Sharp's request for an extension of time because I believe it is a planned attempt at delay and because it relied on a deceptively edited email that intentionally altered the meaning to cast me in a negative light before the Court. **(EXHIBIT A)**

    In further expression of bad faith, Mr. Sharp, or at least his attorney, has been aware of this legal action since November 5, 2023. They were alerted by email from an individual who has already attempted to disrupt this case, but they failed to act until now. **(EXHIBT B)**

    My email was intended to express the option that Sharp's bad faith actions have already caused me extreme financial and other damage, and to state my desire for a phone call to discuss this new request. This is not the first time Mr. Sharp's attorneys have outright refused my requests for settlement conferences. Each and every request has been rejected since 2020.

    To preserve the integrity of these proceedings, the defendant should be compelled to provide good cause as to why his motion relied on a deceptively edited email exchange and why the extension is not a deliberate attempt at delay, and anything else determined by the Court.

Respectfully submitted,

Jason Goodman

**EXHIBIT A**



| | |
|---|---|
| **From:** | **Jason Goodman** jason@21stcentury3d.com |
| **Subject:** | Re: Filed with the court Docket #: 23-874 |
| **Date:** | November 30, 2023 at 4:35 PM |
| **To:** | John Mills jtmills@grsm.com |
| **Cc:** | Brian Middlebrook bmiddlebrook@grsm.com |

I will do nothing from now until the end of time to assist Mr. Sharp in any way until he reverses the despicable things he has done to me.  I am available for a phone call tomorrow if you'd like to discuss doing that.

On Nov 30, 2023, at 4:00 PM, John Mills <jtmills@grsm.com> wrote:

Mr. Goodman:

Please let us know if you will consent to an extension of time (30 days) to answer, move or otherwise respond to the complaint on behalf of Mr. Sharp.

Thank you,

John

---

**JOHN T. MILLS**  |  Partner

**GORDON REES SCULLY MANSUKHANI / GRSM50**
**YOUR 50 STATE LAW FIRM™**

1 Battery Park Plaza, 28th Floor
New York, NY 10004
D: 212-453-0778   |   C: 203-820-1044   |   jtmills@grsm.com

www.grsm.com
vCard   |   Bio   |   LinkedIn

> **From:** Jason Goodman <jason@21stcentury3d.com>
> **Sent:** Monday, November 20, 2023 4:12 PM
> **To:** John Mills <jtmills@grsm.com>
> **Cc:** Brian Middlebrook <bmiddlebrook@grsm.com>
> **Subject:** Re: Filed with the court Docket #: 23-874
>
> Thank you for this confirmation.
>
> On Nov 20, 2023, at 4:06 PM, John Mills <jtmills@grsm.com> wrote:
>
> Mr. Goodman:
>
> We have not yet confirmed whether we will be representing Mr. Sharp in connection with the newly filed matter but will let you know as soon as we have confirmation with respect to same.  We have not communicated or cooperated with Mr. Sweigert in any manner with respect to any of the litigations other than email correspondence instructing Mr. Sweigert to refrain from sending us certain emails and documents, which you were privy to and copied on.
>
> ---
>
> **JOHN T. MILLS**  |  Partner
>
> **GORDON REES SCULLY MANSUKHANI / GRSM50**
> **YOUR 50 STATE LAW FIRM™**
>
> 1 Battery Park Plaza, 28th Floor
> New York, NY 10004
> D: 212-453-0778   |   C: 203-820-1044   |   jtmills@grsm.com
>
> www.grsm.com
> vCard   |   Bio   |   LinkedIn
>
> > **From:** Jason Goodman <jason@21stcentury3d.com>
> > **Sent:** Thursday, November 16, 2023 2:06 PM

EXHIBIT B

**From:** Spoliation Notice spoliation-notice@mailbox.org 
**Subject:** New legal action against Adman Sharp 1:23-cv-09648-UA Goodman v. The City of New York et al
**Date:** November 5, 2023 at 4:30 PM
**To:** bmiddlebrook@grsm.com, jtmills@grsm.com, heavnerb@finnegan.com
**Cc:** truth@crowdsourcethetruth.org, jasongoodman3d@gmail.com, Spoliation Notice spoliation-notice@mailbox.org, spoliation@posteo.net

ALERT

New legal action against Adam Sharp

1:23-cv-09648-UA Goodman v. The City of New York et al

show_temp - 2023-11-03T165722.964.pdf
2.6 MB