AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| JASON GOODMAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-09648-JGLC-GWG |
| THE CITY OF NEW YORK, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant X Corp.

Date: 12/04/2023

/s/ Peter Shimamoto
*Attorney's signature*

Peter Shimamoto (CA Bar No. 123422)
*Printed name and bar number*

Willenken LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
*Address*

pshimamoto@willenken.com
*E-mail address*

(213) 955-9240
*Telephone number*

(213) 955-9250
*FAX number*