UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>                    Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, et al.,<br><br>                    Defendants. | 23 Civ. 9648 (JGLC)<br><br>**NOTICE OF MOTION TO<br>ADMIT COUNSEL PRO HAC VICE** |

To: The Clerk of the Court and All Parties of Record:

      PLEASE TAKE NOTICE that, under Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Kenneth M. Trujillo-Jamison hereby moves this Court for an order for admission to practice *pro hac vice* as counsel for Defendant X Corp. in the above-captioned action.

      PLEASE TAKE FURTHER NOTICE that I am a member in good standing of the State Bar of California, I have never been convicted of a felony, I have never been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no pending disciplinary proceedings against me in any state or federal court. I have attached my affidavit under Local Rule 1.3.

      [THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]

1

2

Respectfully submitted,

WILLENKEN LLP

 */s/ Kenneth M. Trujillo-Jamison*
Kenneth M. Trujillo-Jamison
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250
ktrujillo-jamison@willlenken.com

*Attorneys for Defendant X Corp.*

Dated: December 4, 2023