UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, et al.,<br><br>    Defendants. | 23 Civ. 9648 (JGLC)<br><br>**AFFIDAVIT OF KENNETH M. TRUJILLO-JAMISON IN SUPPORT OF MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>** |

  I, Kenneth M. Trujillo-Jamison, being duly sworn, hereby depose and say the following:

1. I am a partner of the law firm Willenken LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the State Bar of California.
4. I have not been convicted of a felony.
5. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.
6. There are no pending disciplinary proceedings against me in any state or federal court.
7. Wherefore, I respectfully request that I be permitted to appear as counsel *pro hac vice* and advocate for Defendant X Corp. in this case.

  [THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]

Dated: November 30, 2023
    Los Angeles, California

                                              Kenneth M. Trujillo-Jamison

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

*Signature of Document Signer No. 1*     *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of **Los Angeles**

Subscribed and sworn to (or affirmed) before me on this **30th** day of **November**, 20**23**, by
(1) **Kenneth M. Trujillo-Jamison**
(and (2) _____ ),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
*Signature of Notary Public*

HELEN H. HSIAO
Notary Public - California
Los Angeles County
Commission # 2345225
My Comm. Expires Feb 5, 2025

*Seal*
*Place Notary Seal Above*

──────────── **OPTIONAL** ────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: **Affidavit of Kenneth M. Trujillo-Jamison**   Document Date: **11/30/23**
Number of Pages: **2**   Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910



## Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### KENNETH MICHAEL TRUJILLO-JAMISON

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that KENNETH MICHAEL TRUJILLO-JAMISON, #280212, was on the 1st day of December 2011, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 15th day of November 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Sean Kennedy, Assistant Deputy Clerk*