UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>                    Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, (fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities, ELON MUSK, X CORP, ADAM SHARP,<br><br>                    Defendants. | No. 1:23-cv-09648-JGLC<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANT X CORP.'S NOTICE OF MOTION TO DISMISS**
**THE COMPLAINT FOR FAILURE TO STATE A CLAIM**

For the reasons set forth in the Memorandum of Law in Support of Defendant X Corp.'s Motion to Dismiss the Complaint for Failure to State a Claim, filed concurrently, Defendant X Corp. hereby moves this Court to dismiss all claims asserted against X Corp. in the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

WHEREFORE, X Corp. requests that this Court dismiss without leave to amend each claim asserted against X Corp. in the Complaint, and requests any other relief that this Court deems appropriate.

X Corp. requests oral argument on this Motion.

Respectfully submitted,

WILLENKEN LLP

_/s/ Kenneth M. Trujillo-Jamison_
Kenneth M. Trujillo-Jamison
(motion for *pro hac vice* pending)
Peter Shimamoto
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250
ktrujillo-jamison@willlenken.com

*Attorneys for Defendant X Corp.*

Dated: December 4, 2023