UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>               Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, (fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities, ELON MUSK, X CORP, ADAM SHARP,<br><br>               Defendants. | No. 1:23-cv-09648-JGLC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT X CORP.'S MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM** |

       THIS MATTER having been brought to the Court by Willenken LLP, attorneys for Defendant X Corp., upon notice to Plaintiff, for an order dismissing Plaintiff's Complaint against X Corp. for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6); and the Court having considered the parties' submissions and oral argument, if any; and for good cause shown;

       IT IS on this _____ day of _____,

       ORDERED that X Corp.'s request for judicial notice is GRANTED;

       ORDERED that X Corp.'s Motion to Dismiss the Complaint for Failure to State a Claim is GRANTED; and

ORDERED that Plaintiff's Complaint against X Corp. is DISMISSED WITHOUT LEAVE TO AMEND.

Dated: _____  _____
                                       Hon. Jessica G. L. Clarke
                                       United States District Judge