UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF NEW YORK, et al., <br><br> Defendants. | 23 Civ. 9648 (JGLC) <br><br> **CERTIFICATION OF SERVICE** |

I, Lisa S. Gibbons, hereby certify:

1. I am a Legal Assistant at the law firm of Willenken LLP, attorneys for X Corp., as successor in interest for defendant Twitter, Inc.

2. On December 4, 2023, I served true and correct copies of the following:

    a) Appearance of Counsel;

    b) Rule 7.1 Statement;

    c) Notice of Motion to Admit Counsel Pro Hac Vice;

    d) Affidavit of Kenneth M. Trujillo-Jamison In Support of Motion to Admit Counsel Pro Hac Vice;

    e) [Proposed] Order Granting Pro Hac Vice Admission; and

    f) Defendant X Corp.'s Notice of Motion to Dismiss the Complaint for Failure to State A Claim;

    g) Memorandum of Law In Support of Defendant X Corp.'s Motion to Dismiss the Complaint for Failure to State A Claim; and

    h) [Proposed] Order Granting Defendant X Corp.'s Motion to Dismiss the Complaint for Failure to State A Claim.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

Via U.S. Mail to:

Jason Goodman
252 7th Avenue, Apt. 6S
New York, NY 10001

Dated: Los Angeles, California
December 4, 2023

_____
Lisa S. Gibbons