AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Jason Goodman<br><br>*Plaintiff(s)*<br>v.<br><br>THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, (fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities, ELON MUSK, X CORP, ADAM SHARP.<br><br>*Defendant(s)* | ))))))))))))))))) | Civil Action No. 1:23-cv-09648-JGLC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NEW YORK CITY POLICE DEPARTMENT
OFFICER
CHANDLER CASTRO
NYPD 10th Precinct
230 W 20th St,
New York, NY 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Goodman
252 7th Avenue #6s
New York, NY 10001
347-380-6998

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/13/23

*Signature of Clerk or Deputy Clerk*

| | |
|---|---|
| IN THE UNITED STATE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Index No.: 1:23-CV-09648-UA<br>Filed On: |

**JASON GOODMAN**

-against-

**THE CITY OF NEW YORK, ET AL**

**Affidavit of Service**
**PERSONAL**

STATE OF NEW YORK, COUNTY OF NEW YORK: Sean B Alexander, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 11/28/2023 at 5:43 PM at NYPD 10TH PRECINCT, 230 W 20TH STREET, NEW YORK, NY 10011, your deponent served the SUMMONS IN A CIVIL ACTION AND COMPLAINT AND JURY DEMAND, EXHIBITS A-G bearing Index # 1:23-CV-09648-UA upon NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, personally. Your deponent knew the person so served to be the person described in the said documents.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Male
Skin Color: Hispanic
Hair Color: Black
Approximate Age: 31-39
Approximate Height: 5ft8in-5ft11in
Approximate Weight: 171-200 lbs

That at the time of service as aforesaid, your deponent asked person so served whether he/she was currently enrolled in military service of the United States of America or dependent on someone in the military service of the United States of America and received a negative reply. Upon such information, I aver that the named recipient is not actively enrolled in nor dependent on someone in the military service of the United States of America.

Sworn to before me on: 12/5/23

LAURANCE KNOX
Notary Public, State of New York
No. 01KN6309229
Qualified in QUEENS County
Commission Expires 08/04/2026

Sean B Alexander
NYC License # - 2022724

RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Agency DCA License#: 1037536 Ph: 631-981-4400
(NCS861298)TA 1189308