AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Jason Goodman <br><br> *Plaintiff(s)* <br> v. <br><br> THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, (fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities, ELON MUSK, X CORP, ADAM SHARP. <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-09648-JGLC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE CITY OF NEW YORK
C/O Corporation Counsel
100 Church St,
NEW YORK, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Goodman
252 7th Avenue #6s
New York, NY 10001
347-380-6998

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/7/23

*Signature of Clerk or Deputy Clerk*

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Index No.: 1:23-CV-09648-UA<br>Filed On: |

JASON GOODMAN

-against-

**Affidavit of Service**
**BUSINESS / AGENCY**

THE CITY OF NEW YORK, ET AL

---

STATE OF NEW YORK, COUNTY OF NEW YORK: LAURANCE KNOX, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 11/9/2023 at 1:00 PM at C/O CORPORATION COUNSEL, 100 CHURCH STREET, NEW YORK, NY 10007 your deponent served the SUMMONS IN A CIVIL ACTION AND COMPLAINT AND JURY DEMAND, EXHIBITS A-G bearing Index # 1:23-CV-09648-UA upon THE CITY OF NEW YORK, a city agency, by delivering a true copy to SARAH JEAN CHARLES, AUTHORIZED AGENT. Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Female
Skin Color: Black
Hair Color: Black
Approximate Age: 40 - 49
Approximate Height: 5ft8in-5ft11in
Approximate Weight: 171-200 lbs

During service of the documents, your deponent has adhered to current CDC and NYS Department of Health Guidelines.

Sworn to before me on: 11/16/23

HECTOR PACHECO
Notary Public, State of New York
Registration No. 01PA0012398
Qualified in Bronx County
Commission Expires August 21, 2027

LAURANCE KNOX
NYC License # - 1167432

RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Agency DCA License#: 1037536 Ph: 631-981-4400
(NCS861298)TA 1187196