AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

Jason Goodman

*Plaintiff(s)*

v.

THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, (fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities, ELON MUSK, X CORP, ADAM SHARP.

*Defendant(s)*

Civil Action No. 1:23-cv-09648-JGLC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   X CORP. c/o
C T CORPORATION SYSTEM
701 S CARSON ST STE 200,
Carson City, NV, 89701, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Goodman
252 7th Avenue #6s
New York, NY 10001
347-380-6998

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/7/23

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

Index No.: 1:23-CV-09648-UA
Filed On:

**AFFIDAVIT OF SERVICE**

JASON GOODMAN

-against-

THE CITY OF NEW YORK, ET AL

---

STATE OF __NV__, COUNTY OF: __Washoe__.: (Process Server): __Kyle Thomas__,
being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of __Nevada__. That on __Nov. 13, 2023__, at __12:49 PM__ am/pm at 701 S CARSON STREET, SUITE 200, CARSON CITY, NV 89701 I served the SUMMONS IN A CIVIL ACTION AND COMPLAINT AND JURY DEMAND, EXHIBITS A-G bearing Index # 1:23-CV-09648-UA and filed date upon X CORP. C/O CT CORPORATION SYSTEM

[ ] **INDIVIDUAL**
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[X] **AGENCY / BUSINESS ENTITY**
by delivering thereat ____ true copy(ies) of each to (name) __Ana Gomes__,
(capacity) __Administrative Assistant__, known by deponent to be an authorized agent of the named defendant therein.
Designated under rule _____ and tendering the required fee (if applicable).

[ ] **SUITABLE AGE PERSON**
by delivering a true copy of each to a person of suitable age and discretion, to wit: (name)_____
(relationship)_____who verified that the intended recipient actually lives/works at this location.

[ ] **AFFIXING TO DOOR**
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on these dates and times:
1) _____, at _____ am/pm 2) _____, at _____ am/pm 3) _____, at _____ am/pm
Deponent verified that the Defendant lived/worked at said premises with _____.

[ ] **MAILING COPY**
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to recipient at the above address and mailed by first class mail [ ( ) ] and certified mail # _____ ] by depositing in an official depository under exclusive care and custody of the US Postal Service in the State of _____ on (date) _____.

[X] **DESCRIPTION**
Sex: ____ Color: _Cauc._; Hair: _Brown_; Approx. Age: _30's_; Approx. Height: _5'7"_; Approx. Weight: _180_;
Other:_____.

[ ] **WITNESS FEE**
Deponent tendered to the recipient $_____ as traveling expenses, witness fee or other statutory fee.

[ ] **MILITARY SERVICE**
Deponent asked the person spoken to whether the recipient is currently on active duty in the US military service or dependent on someone who is currently on active duty in the US military service and was informed that he/she was not.

State of Nevada
County of Washoe
Date: November 17th, 2023
Sworn to before me on:

PATRICK JOHN MCKERNAN MOYLE
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 01-27-25
Certificate No: 21-3116-02

R-2019-08090     Signature of Process Server

WALK - IN - HOLBROOK

Phone:
File No. GOODMAN

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS861298)TA 1187207>