AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Jason Goodman <br><br> *Plaintiff(s)* <br> v. <br><br> THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, (fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities, ELON MUSK, X CORP, ADAM SHARP. <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-09648-JGLC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Adam Sharp
50 Downs Ave
Stamford CT, 06902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Goodman
252 7th Avenue #6s
New York, NY 10001
347-380-6998

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/7/23

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**Southern District of New York**

**AFFIDAVIT OF SERVICE**


*244892*

Index no :1:23-CV-09648-JGLC

Jason Goodman

          Plaintiff(s),
vs.

The City of New York, et al

          Defendant(s).
_____/

STATE OF CONNECTICUT
                  ss: East Hartford
HARTFORD COUNTY

Eric Rubin, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **11/10/2023** at **5:00 PM**, I served the within **Summons in a Civil Action, Complaint and Jury Demand, Exhibits A-G** on **Adam Sharp** at **50 Downs Avenue, Stamford, CT 06902** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to **Cynthia Sharp, Spouse**, a person of suitable age and discretion. Said premises is recipient's usual place of abode within the state.

(2)

Pursuant to CPLR-Section 308(4), on **11/13/2023**, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from and attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 34 | 5'7" | 125 |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
November 15, 2023
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X _____
Eric Rubin
Nationwide Court Services, Inc.
761 Koehler Avenue, Ste. A
Ronkonkoma, NY 11779-7433
631-981-4400 EXT 204
Atty File#:

**AMY J. CHANTRY**
*NOTARY PUBLIC*
My Commission Expires Mar. 31, 2028