**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JASON GOODMAN,

               Plaintiff,

v.

THE CITY OF NEW YORK, et al.,

               Defendants.

23 Civ. 9648 (JGLC)

**CERTIFICATION OF SERVICE**

I, Lisa S. Gibbons, hereby certify:

1. I am a Legal Assistant at the law firm of Willenken LLP, attorneys for X Corp., as successor in interest for defendant Twitter, Inc.

2. On December 14, 2023, I served true and correct copies of the following:

    a) Stipulation and Proposed Order Regarding Briefing Schedule on Defendant X Corp.'s Motion to Dismiss the Complaint for Failure to State A Claim.

Via U.S. Mail to:

Jason Goodman
252 7th Avenue, Apt. 6S
New York, NY 10001

Dated:  Los Angeles, California
       December 14, 2023

                              Lisa S. Gibbons