UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON GOODMAN,

    *Plaintiff*,

  v.

THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTANANT GEORGE EBRAHIM, NEW YORK CITY POLICY DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, (fictitious names intended to be officers, representatives, agents, servants of the New York City Policy Department, individually and in their official capacities, ELON MUSK, X CORP, ADAM SHARP,

    *Defendants*.

1:23-cv-09648-JGLC-GWG

---

**STIPULATION AND PROPOSED ORDER REGARDING
BRIEFING SCHEDULE ON DEFENDANT ADAM SHARP'S
MOTION TO DISMISS THE COMPLAINT AND MOTION FOR SANCTIONS**

Plaintiff JASON GOODMAN ("Plaintiff") and Defendant ADAM SHARP ("Defendant") respectfully submit this Stipulation and Proposed Order Regarding Briefing Schedule on Defendant Adam Sharp's Motion to Dismiss the Complaint and Motion for Sanctions.

WHEREAS, on October 31, 2023, Plaintiff filed his Complaint and Jury Demand (Dkt. 1; "Complaint");

WHEREAS, on November 7, 2023, District Judge Jessica G.L. Clarke issued an Order of Reference to a Magistrate Judge, referring "General Pretrial (includes scheduling, discovery, non-

dispositive pretrial motions, and settlement," but not "Dispositive Motion[s]," to Magistrate Judge Gabriel W. Gorenstein (Dkt. 3);

WHEREAS, on or about November 10, 2023, Defendant was purportedly served with the Complaint;

WHEREAS, on December 1, 2023, Magistrate Judge Gabriel W. Gorenstein entered an order extending the time for Defendant to answer, move or otherwise respond to the Complaint up to and including January 2, 2024 (Dkt. 12);

WHEREAS, on December 6, 2023, District Judge Jessica G.L. Clarke issued an Amended Order of Reference to a Magistrate Judge, assigning "Dispositive Motion[s]" to Magistrate Judge Gabriel W. Gorenstein (Dkt. 23);

WHEREAS, on January 2, 2024, Defendant filed a Notice of Motion to Dismiss the Complaint and Motion for Sanctions (Dkt. 34; the "Motion") and a Memorandum of Law in support of the Motion (Dkt. 35);

WHEREAS, the Court has not ordered any deadlines for briefing the Motion;

WHEREAS, the Parties have conferred, and agree upon and stipulate to the following briefing schedule for the Motion:

- Plaintiff's opposition brief to the Motion shall be field on or before February 1, 2024; and

- Defendant's reply in support of the Motion shall be filed on or before February 15 2024.

WHEREAS, in accordance with Section 2.B of the Individual Practices of Magistrate Judge Gabriel W. Gorenstein dated June 7, 2021, the Parties respectfully request that the Court

enter an order setting a briefing schedule for the Motion consistent with the terms of this Stipulation.

Dated: January 4, 2023

_____
Jason Goodman
*Plaintiff Pro Se*

Dated: January 4, 2023

/s/ John Mills
_____
Brian E. Middlebrook, Esq.
John T. Mills, Esq.
Gordon Rees Scully Mansukhani, LLP
*Attorneys for Defendant Adam Sharp*
One Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 269-5500 (Phone)
(212) 269-5505 (Fax)
bmiddlebrook@grsm.com
jtmills@grsm.com

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Gabriel W. Gorenstein
United States Magistrate Judge