UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JASON GOODMAN,

                                  Plaintiff,                    **NOTICE OF APPEARANCE**

      -against-

                                                                 23 Civ. 9648 (JGLC) (GWG)

CITY OF NEW YORK ET AL.,

                                Defendants.

------------------------------------------------------------------------- x

        PLEASE TAKE NOTICE that **Mary Jane Anderson**, Assistant Corporation Counsel, appears herein on behalf of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, as attorney of record for defendant City of New York. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
          January 19, 2024

                                                        **HON. SYLVIA O. HINDS-RADIX**
                                                        Corporation Counsel of the City of New York
                                                        *Attorney for defendant City*
                                                         100 Church Street
                                                         New York, New York 10007
                                                         (212) 356-2415
                                                         maanders@law.nyc.gov

                                        By:    *Mary Jane Anderson*    /s/
                                                               Mary Jane Anderson
                                                               *Assistant Corporation Counsel*

Cc:    <u>VIA FIRST CLASS MAIL</u>
       Jason Goodman
       252 7th Avenue
      Apt. 6S
      New York, NY 10001

      <u>VIA ECF</u>
      *All Counsel of Record*