IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Index No.: 1:23-CV-09648-UA
Filed On:

**JASON GOODMAN**

-against-

THE CITY OF NEW YORK, ET AL

**AFFIDAVIT OF ATTEMPTED SERVICE**

STATE OF Texas, COUNTY OF: Cameron .: (Process Server): Antonio Huizar Jr,
being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of
Texas. That on 12/16/2023, at 8:59 am/pm at 22 MEMES STREET, BROWNSVILLE, TX 78521 I attempted to serve the SUMMONS IN A CIVIL ACTION AND COMPLAINT AND JURY DEMAND, EXHIBITS A-G bearing Index # 1:23-CV-09648-UA and filed date upon ELON MUSK

[X] NON-SERVICE

Deponent could not effect service for the following reasons: (include attempts and reasons for non-service):

| | Date: | Time: | | Reason: |
|---|---|---|---|---|
| Attempt: | 12/16/2023 | 8:59 | (AM)/PM | No answer at residence, left contact card |
| Attempt: | 12/18/2023 | 6:05 | AM/(PM) | No answer at residence, Male via video ringer stated no one home. |
| Attempt: | 12/20/2024 | 7:06 | AM/(PM) | No answer at residence, left contact card. |
| Attempt: | | | (AM/PM) | |
| Attempt: | | | (AM/PM) | |

Additional Notes: _____

Sworn to before me on: 1-20-2024



Signature of Process Server

WALK - IN - HOLBROOK

Phone:
File No. GOODMAN

NORMA ALICIA RAMOS
Notary Public, State of Texas
Comm. Expires 02-19-2024
Notary ID 130545392

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS861298)TA 1192073

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Index No.: 1:23-CV-09648-UA
Filed On:

**JASON GOODMAN**

**AFFIDAVIT OF SERVICE**

-against-

THE CITY OF NEW YORK, ET AL

---

STATE OF Texas, COUNTY OF: Cameron .: (Process Server): Antonio Huizar Jr,
being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of
Texas. That on 1/11/2024, at 5:55 am/pm at 26 MEMES STREET, BROWNSVILLE, TX 78521 I served the
SUMMONS IN A CIVIL ACTION AND COMPLAINT AND JURY DEMAND, EXHIBITS A-G bearing Index # 1:23-CV-09648-UA and filed
date upon ELON MUSK

[ ] **INDIVIDUAL**
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[ ] **AGENCY / BUSINESS ENTITY**
by delivering thereat ____ true copy(ies) of each to (name)_____,
(capacity)_____, known by deponent to be an authorized agent of the named defendant therein.
Designated under rule _____ and tendering the required fee (if applicable).

[ ] **SUITABLE AGE PERSON**
by delivering a true copy of each to a person of suitable age and discretion, to wit: (name)_____
(relationship)_____who verified that the intended recipient actually lives/works at this location.

[✓] **AFFIXING TO DOOR**
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on
these dates and times:
1) 12/30/2023, at 11:58 am/pm 2) 1/1/2024, at 7:55 am/pm 3) 1/4/2024, at 7:03 am/pm

[ ] **MAILING COPY**
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to
recipient at the above address and mailed by first class mail [ ( ) and certified mail # _____ ] by
depositing in an official depository under exclusive care and custody of the US Postal Service in the State of _____ on
(date) _____.

[ ] **DESCRIPTION**
Sex: _____; Color: _____; Hair: _____; Approx. Age: _____; Approx. Height: _____; Approx. Weight: _____;
Other: _____

[ ] **WITNESS FEE**
Deponent tendered to the recipient $_____ as traveling expenses, witness fee or other statutory fee.

[ ] **MILITARY SERVICE**
Deponent asked the person spoken to whether the recipient is currently on active duty in the US military service or dependent
on someone who is currently on active duty in the US military service and was informed that he/she was not.

Sworn to before me on: 1-20-2024

_____                                    _____
                                                            Signature of Process Server

WALK - IN - HOLBROOK
Phone:
File No. GOODMAN


NORMA ALICIA RAMOS
Notary Public, State of Texas
Comm. Expires 02-19-2024
Notary ID 130545392

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS861298)TA 1193792

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Index No.: 1:23-CV-09648-UA
Filed On:

---

**JASON GOODMAN**

-against-

**THE CITY OF NEW YORK, ET AL**

**Affidavit of Service by Mail**

---

STATE OF NEW YORK, COUNTY OF SUFFOLK: Timothy Affleck, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 1/12/2024, your deponent mailed a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT AND JURY DEMAND, EXHIBITS A-G by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 26 MEMES STREET, BROWNSVILLE, TX 78521 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

ELON MUSK
26 MEMES STREET
BROWNSVILLE, TX 78521

Sworn to before me on : 1\23\24

_____
**CHRISTINE M. HANSON**
Notary Public, State of New York
No. 01HA6162668
Qualified in SUFFOLK County
Commission Expires 03/12/2027

_____
Timothy Affleck

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS861298)TA 1193792

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Jason Goodman <br><br> *Plaintiff(s)* <br> v. <br><br> THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, (fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities, ELON MUSK, X CORP, ADAM SHARP. <br><br> *Defendant(s)* | Civil Action No. 23-cv-09648-JGLC-GWC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Elon Musk
   26 Memes Street
   St, Brownsville, TX 78521

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Jason Goodman
   252 7th Avenue #6s
   New York, NY 10001
   347-380-6998

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: DEC 2 8 2023

*Signature of Clerk or Deputy Clerk*