IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK       23-cv-09648-JGLC-GWC
-------------------------------------------------------------------X

                JASON GOODMAN,

                        Plaintiff,       **CERTIFICATE OF**
        -against-                                 **SERVICE**

THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY MAYOR ERIC ADAMS, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, (fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities, ELON MUSK, X CORP, ADAM SHARP.

                        Defendants.
-------------------------------------------------------------------X

It is hereby certified that pro se plaintiff, Jason Goodman, served counsel for Defendants The City of New York, X Corp and Adam Sharp with a copy of the letter motion seeking alternative means of service via email to the addresses below:

maanders@law.nyc.gov
ktrujillo-jamison@willenken.com
pshimamoto@willenken.com
jtmills@grsm.com
BMiddlebrook@grsm.com

                                          Dated: New York, New York January 26, 2024

                                                Respectfully submitted,

                                                Jason Goodman
                                                Pro Se Plaintiff
                              truth@crowdsourcethetruth.org
                                      252 7th Avenue Apt 6s
                                        New York, NY 10001
                                            347-380-6998