UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON GOODMAN,

        Plaintiff,

v.

THE CITY OF NEW YORK, et al.,

        Defendants.

No. 1:23-cv-09648-JGLC-GWG

**CERTIFICATION OF SERVICE**

---

I, Lisa S. Gibbons, hereby certify:

1. I am a Legal Assistant at the law firm of Willenken LLP, attorneys for X Corp., as successor in interest for defendant Twitter, Inc.

2. On January 29, 2024, I served true and correct copies of the following:

   a) Defendant X Corp.'s Reply In Support of Its Motion to Dismiss the Complaint for Failure to State A Claim.

   b) Copies of decisions cited in Memorandum of Law in Support of Defendant X Corp.'s Motion to Dismiss the Complaint for Failure to State a Claim (Dkt. 19) and in Defendant X Corp.'s Reply in Support of Its Motion to Dismiss the Complaint for Failure to State a Claim (Dkt. 47).

Via U.S. Mail to:

Jason Goodman
252 7th Avenue, Apt. 6S
New York, NY 10001

Dated: Los Angeles, California
       January 29, 2024

_____
                    Lisa S. Gibbons