UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Jason Goodman,**<br><br>-v-<br><br>**The City of New York et al,**<br>**Adam Sharp,**<br>**Elon Musk,**<br>**N.Y.P.D.** | **PRO SE**<br><br>**1:23-cv-09648-JGLC-GWG**<br><br>Jessica G. L. Clarke, presiding<br><br>Gabriel W. Gorenstein, referral |

## CERTIFICATE OF SERVICE

It is hereby affirmed that on February 19, 2024 (02/19/2024) the following document:

- **PLAINTIFF'S REQUEST FOR RECONSIDERATION**

Was mailed via the U.S. Post Office to: Jason Goodman, Penthouse 6S, 252 7th Avenue, New York, N.Y. 10001

Signed February 19, 2024 (02/19/2024)

*D. Swt*

**D. G. SWEIGERT , MOVANT**
PMB 13339, 514 Americas Way,
Box Elder, SD 57719