D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

February 24, 2024

*Goodman v. NYPD, X CORP,* et. al., 23-cv-09648-JGLC-GWC

Hon. Jessica G. L. Clarke
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street,
New York, N.Y. 10007

SUBJ:   SUPPLEMENTAL Letter motion requesting Court reconsideration of ECF no. 8, MEMO ENDORSEMENT denying FRCP Rule 24(b) Motion to Intervene

Dear Judge Clarke,

1.   Movant non-party respectfully submits this Notice of Supplemental Authority to inform the Court of a development relevant to the movant's request of reconsideration filed as ECF no. 55, 2/18/2024.

2.   The movant undersigned wishes to include the pleading papers filed by Defendant Adam Sharp, ECF no. 56, 2/22/2024 as if fully restated herein.  The point of those papers was to inform this Court of an ORDER of District Judge Analisa Torres dated 2/21/2024.  The movant is discussed in three paragraphs of that ORDER.  The pleadings of Defendant Adam Sharp, ECF no. 56, give support to the fact that Defendant Goodman will not cease to hound the targets of his speculation, to include the movant.  Both Mr. Sharp and the movant are experiencing a greater risk of danger from a deranged *Crowdsource The Truth* audience member.

3.   Defendant Goodman continues to incite his social media audiences that the movant is an employee of the U.S. National Institute of Health and is working concurrently with Defendant Adam Sharp to create another COVID-19 "Satan Bug".  Mr. Goodman grooms his audience of January 6th Capitol insurrectionists and anti-vaxers that Sharp and Sweigert should be tried for treason and put to death.  Both parties are in danger.  This is an act of stochastic terrorism.

4.   Authority for this request is provided by F.R.C.P. Rule 60(d) as appellate courts have held that Rule 60(d) provides authority for a motion to reconsider a previous order in the face newly discovered evidence.

Respectfully,   Signed 2/24/2024

*[signature]*

**D.G. SWEIGERT, PRO SE MOVANT**