IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK                    23-cv-09648-JGLC-GWG
------------------------------------------------------------------X

              JASON GOODMAN,

                         Plaintiff,    **NOTICE OF MOTION FOR CONTEMPT**

       -against-

THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, ELON MUSK, X CORP, ADAM SHARP.

                         Defendants.
------------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the acompanying briefs and exhibits attached thereto, and upon all the proceedings, Plaintiff Jason Goodman by and for himself pro se, will move in this Court, at the time and day of the Court's scheduling, at the Daniel Patrick Moynihan United States Courthouse 500 Pearl Street New York, NY., Courtroom 20C for an order holding defendant Adam Sharp and nonparty David George Sweigert in contempt of court for conspiring to to obstruct the administration of justice in this case.

Dated: New York, New York February 28, 2024

Respectfully submitted,

Jason Goodman
Pro Se Plaintiff
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998