Hon. Jessica G. L. Clarke
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Via pro se electronic filing

Re: Case No.:  1:23-cv-09648-JGLC-GWG
              Goodman v City of New York et al

February 28, 2024

Dear Judge Clarke,

I write in response to the recent concurrent fillings by defendant Adam Sharp and non-party David George Sweigert which only serve to further prove allegations I have been making since 2020. I allege Sharp and Sweigert conspire continuously to destroy my ability to broadcast investigative journalism on social media and earn a living. I further allege that they do this to prevent me from revealing Sharp's critical role in assisting the FBI's illegal infiltration into, and inappropriate control over Twitter in or around 2010. The FBI's General counsel at the time I allege this occurred was judge Valerie Caproni. Judge Caproni presided over both Sweigert's and Sharp's cases against me and allowed Sweigert to harass my attorney until he withdrew. An appeal of the case is pending in the Second Circuit, (case 23-7952).

Initially, my allegations were dismissed as "conspiracy theory" but the clandestine FBI activity has now been proven by sworn testimony from former Twitter executives and the release of internal communications, (https://oversight.house.gov/wp-content/uploads/2023/02/Roth-House-Oversight-opening-statement-V4-Final.pdf).

On October 27, 2022, defendant Musk purchased Twitter and renamed it X Corp. In December 2022, Musk released internal X Corp communications resulting in the firing of former

FBI General Counsel Jim Baker, (https://www.wsj.com/articles/elon-musks-release-of-documents-triggers-twitter-lawyer-jim-bakers-exit-11670386165).

Sworn testimony before congress revealed extensive violations of the first and fourth amendments of the Constitution at the direct instruction of the FBI.  On November 1, 2022, when I was attacked outside 249 East 17th Street, this information was unknown to the public or Musk.  Any employee, contractor or agent of X Corp taking action on its behalf that day was operating under color of law in the interest of the FBI and to protect the FBI conspiracy.

None of the accused, have denied, or even directly addressed these allegations.  I share this information not to relitigate any past claims or cases, but because it is important background and helpful in understanding this case and the assault outside X Corp that gave rise to it.

I allege that Sharp and Sweigert conspire continuously to commit fraud upon this Court and to hide their roles in the FBI conspiracy.  Sweigert is Sharp's apparatchik, intended to do his legal dirty work, including disrupting this case.  It was Sweigert who advised Sharp to sue the fictitious corporate entity Multimedia System Design, Inc., D/B/A/ Crowdsource the Truth.

They did this to lure me into litigation and then harass my attorney forcing his withdrawal.  After I was unable to obtain a new attorney, the case ended in default judgement, having never addressed the merits of the claims.  To reiterate, this is background, not relitigation.

Now there is a new question that has not been asked or answered which has become relevant in this matter.  Because I allege Sweigert's refusal to follow this honorable Court's orders is motivated by the conspiracy with Sharp, and because the Court in its inherent authority may hold a non-party in contempt, Sharp and Sweigert should be compelled to appear at a show cause hearing to discuss the nature of their relationship.  A critical question would be how Sharp learned of the false corporate entity if not from his coconspirator Sweigert?  Before Sharp's

motion to dismiss can be fully considered, Sharp should be compelled to answer this singular question.  He will fail to provide a truthful alternate explanation because there is none.

I further allege Sweigert or someone acting on his behalf alerted X Corp security of my presence on November 1, 2022, and instructed them to remove me by any means necessary to prevent me from revealing facts about FBI infiltration of X Corp to Musk and the public.

Sweigert has been admonished that non-parties may not file in this case.  His obsession with suing me, and his strenuous effort to stop me from revealing these facts will prevent him from following Court orders as he has already demonstrated.  Sweigert is so obsessed with putting me in legal jeopardy, he cannot resist and will continue indefinitely unless compelled to stop.  Concurrent with this letter I filed a motion for contempt and respectfully request a hearing for oral arguments where Sharp should explain how he learned of Multimedia System Design, Inc., D/B/A/ Crowdsource the Truth and clarify the nature of his relationship with Sweigert.

If I am incorrect, Mr. Sharp will be able to provide a plausible alternate explanation for his decision to sue a fake company rather than the obviously responsible party, me.  Sharp must be compelled to answer this key question prior to the Court making a final determination with regard to his motion to dismiss.

Both Sharp and Sweigert should be compelled to appear at an in person show cause hearing and to participate in oral arguments so the court may understand the full scope of the relationship between Sharp and Sweigert before the motion to dismiss can be ruled on.

Respectfully submitted,

Jason Goodman