IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X    23-cv-09648-JGLC-GWC
                    JASON GOODMAN,

                                   Plaintiff,
             -against-                                                 **NOTICE OF MOTION**
                                                                       **TO STRIKE FALSE**
THE CITY OF NEW YORK and NEW YORK CITY                                 **INFORMATION**
POLICE DEPARTMENT, NEW YORK CITY POLICE
DEPARTMENT LIEUTENANT GEORGE EBRAHIM,
NEW YORK CITY POLICE DEPARTMENT OFFICER
CHANDLER CASTRO, NEW YORK CITY POLICE
DEPARTMENT OFFICER JENNIFER CARUSO, NEW
YORK CITY POLICE DEPARTMENT OFFICER
KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN
DOE 3, JOHN DOE 4, JANE DOE, (fictitious names
intended to be officers, representatives, agents, servants of
the New York City Police Department, individually and in
their official capacities, ELON MUSK, X CORP, ADAM
SHARP.
                                   Defendants.
------------------------------------------------------------------X

PLEASE TAKE NOTICE, with the attached brief, plaintiff Jason Goodman, ("Goodman") by and for himself pro se, will move this honorable Court for an order striking defendant the City of New York's filing (Dkt. 65) pursuant to FRCP Rule 12(f) and for the reasons stated in the accompanying memorandum.

Dated: New York, New York March 7, 2024

Respectfully submitted,

Jason Goodman
Pro Se Plaintiff
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998