IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK       23-cv-09648-JGLC-GWG
------------------------------------------------------------------X

                JASON GOODMAN,

                            Plaintiff,   **NOTICE OF MOTION**
                                                **FOR CONTEMPT**
      -against-

THE CITY OF NEW YORK and NEW YORK CITY
POLICE DEPARTMENT, NEW YORK CITY POLICE
DEPARTMENT LIEUTENANT GEORGE EBRAHIM,
NEW YORK CITY POLICE DEPARTMENT OFFICER
CHANDLER CASTRO, NEW YORK CITY POLICE
DEPARTMENT OFFICER JENNIFER CARUSO, NEW
YORK CITY POLICE DEPARTMENT OFFICER
KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN
DOE 3, JOHN DOE 4, JANE DOE, ELON MUSK, X
CORP, ADAM SHARP.
                                  Defendants.
------------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the accompanying briefs and exhibits attached thereto, and upon all the proceedings, Plaintiff Jason Goodman by and for himself pro se, will move in this Court, at the time and day of the Court's scheduling, at the Daniel Patrick Moynihan United States Courthouse 500 Pearl Street New York, NY., Courtroom 20C for an order holding defendant Adam Sharp and non-party David George Sweigert in contempt of court for their repeated, continued, ongoing obstruction of the administration of justice, and refusal to cease and desist inappropriate extrajudicial interference calculated to affect the outcome of this case.

Dated: New York, New York March 11, 2024

Respectfully submitted,

Jason Goodman
Pro Se Plaintiff
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998