**(EXHIBIT A)**

**D. G. SWEIGERT**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

**February 29, 2024**

**Mary Anderson, esq.**
**New York City Law Department**
**100 Church Street**
**New York, NY 10007**

**SUBJ:  Freedom of Information Law (FOIL) request for N.Y.P.D. records of visits to Jason Goodman's business offices at 252 7th Avenue, Suite 6-S, N.Y., N.Y. 10001**

**Dear Ms. Anderson,**

This is a request for the documents identified under the FOIL Act.  These records include police reports made by officers that have responded to Jason Goodman's address at Suite 6-S at 252 7th Avenue, zip 10001.

Jason Goodman has distributed a video as he appears at his apartment door (Unit 6-S) with two 10th Precinct N.Y.P.D. officers (recorded on Mr. Goodman's camera and broadcast on social media).  These two N.Y.P.D. officers (as seen on the video) requested information about a 911 caller that summoned police to Mr. Goodman's apartment.  In the subject video, Mr. Goodman is heard telling the officers that someone in the lobby had yelled "Kill Jason Goodman that fucking Jew" and wanted to file a report.  During that video Mr. Goodman voiced his disgust for the 10th Precinct to the N.Y.P.D. officers for not taking a complaint regarding the "fucking Jew" comment.

Best,

D.G. Sweigert

Copies:

**Jason Goodman**
**252 7th Avenue, Suite 6-S**
**New York, N.Y. 10001**

**(EXHIBIT B)**

**From:** spoliation@posteo.net  📎
**Subject:** Re: WAIVER OF SERVICE 4:22-cv-12696-SDK-APP Sweigert v. Multimedia System Design, Inc. et al
**Date:** November 18, 2022 at 11:11 AM
**To:** Spoliation Notice spoliation-notice@mailbox.org
**Cc:** Jason Goodman truth@crowdsourcethetruth.org, Copy: google-legal-support@google.com, Legal legal@support.youtube.com, Ad1 agc ad1-agc@nycourts.gov, Tips tips@thedailybeast.com, Usms wanted usms.wanted@usdoj.gov, DHS OIG OfficePublicAffairs DHS-OIG.OfficePublicAffairs@oig.dhs.gov, USAMIE Citizen Response USAMIE.Citizen.Response@usdoj.gov, Julian julian@odysee.com, Josh Finer josh@odysee.com, Business business@odysee.com, Bjorn bjorn@odysee.com, Abuse abuse@odysee.com, Press press@lbry.com, Savecrypto savecrypto@lbry.com, Abuse abuse@twitter.com, Legal legal@twitter.com, Press press@twitter.com, Privacy privacy@twitter.com, Security security@twitter.com, Jason jason@21stcentury3d.com, Steven Biss stevenbiss@earthlink.net, Spoliation spoliation@posteo.net, George webb george.webb@gmail.com, Spoliation notice spoliation-notice@mailbox.org

Mr. Goodman,

NYPD apparently needs more time to release the officers' body cam footage of your disorderly conduct citation of 11/1/2022.

You will be kept updated.

Best,

On 15.11.2022 23:09, spoliation@posteo.net wrote:
> For your records.
> See attached.
> Goodman is a frequent litigant and can no longer be considered a novice in the
> law. As such, it is at least arguable whether he should continue to
> receive special
> solicitude from the Court and have his submissions liberally construed
> notwithstanding his pro se status. See, e.g., Tracy, 623 F.3d at 102 ("the
> appropriate degree of special solicitude is not identical with regard
> to all pro se
> litigants").



**POLICE DEPARTMENT**
**Office of Deputy Commissioner,**
**Legal Matters**
**One Police Plaza, Room 1406A**
**New York, New York 10038**
**FOILAppeals@NYPD.org**

November 17, 2022

**(EXHIBIT C)**

D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

November 4, 2023

*NATAS v. MSDI,* 20-CV-7269 (VEC)

U.S. District Judge Honorable Valerie E. Caproni
U.S. District Court
for the Southern District of New York
500 Pearl Street, New York, N.Y. 10007
Via ECF filing

SUBJ:     Failure of Jason Goodman to advise the Court of pre-filing order in new litigation

Your Honor,

1.      Jason Goodman is subject to a pre-filing order contained in ECF no. 156 Filed 02/22/22, quoting in relevant part: *To accomplish this, Mr. Goodman must, until February 22, 2024, file a copy of this Order in every lawsuit in which he or any company in which he is a majority shareholder is a party.*  He has not.

2.      The S.D.N.Y. action in question is listed below:

   *Goodman v. The City of New York & X CORP* et al, 23-cv-09648-UA, filed 10/31/2023

Respectfully,     Signed 11/04/2023

**D.G. SWEIGERT, AMICUS**

**CERTIFICATE OF SERVICE**

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, truth@crowdsourcethetruth.org

And counsel for X CORP, pshimamoto@willenken.com and ktrujillo-jamison@willenken.com

Certified under penalties of perjury.

Respectfully,     Signed this November 4th, 2023 (11/04/2023)

**D.G. SWEIGERT, AMICUS**

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

THE NATIONAL ACADEMY OF TELEVISION  :
ARTS AND SCIENCES, INC. and ACADEMY  :
OF TELEVISION ARTS & SCIENCES,       :
                                     :
                        Plaintiffs,  :           20-CV-7269 (VEC)
                                     :
            -against-                :           ORDER
                                     :
MULTIMEDIA SYSTEM DESIGN, INC.       :
d/b/a "CROWDSOURCE THE TRUTH",       :
                                     :
                        Defendant.   :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 22, 2022, the Court ordered Jason Goodman, the sole

shareholder and employee of Defendant MSD, to file a copy of the Court's Order at Dkt. 156

(hereafter "the Order") "in every lawsuit in which he or any company in which he is a majority

shareholder is a party.  This Order applies whether the lawsuit is in state court or federal court

and whether Mr. Goodman or his company is represented or *pro se*.  Should he fail to do so, that

would be a contempt of this Court's Order and would be punished accordingly"; and

WHEREAS on October 31, 2023, Mr. Goodman filed a complaint in *Goodman v. The*

*City of New York & X Corp. et al*, No. 23-CV-9648, and failed to file a copy of the Order.

IT IS HEREBY ORDERED THAT by no later than **November 28, 2023**, Mr. Goodman

must show cause why, in light of the lack of a specific deadline in the Order by which Mr.

Goodman must file it in newly-commenced lawsuits, the Court should not amend it to require

him to file the Order within one week of commencing any new lawsuit and ordering him to

promptly file the Order in No. 23-CV-9648 and in any other lawsuit commenced since his last

certification.

The Clerk of Court is respectfully directed to mail a copy of this Order to Jason Goodman at: 252 7th Avenue #6s, New York, NY 10001.

**SO ORDERED.**

**Date:  November 8, 2023**
        **New York, New York**

                        **VALERIE CAPRONI**
                   **United States District Judge**

2