| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------------X<br>JASON GOODMAN,<br><br>       Plaintiff,<br><br>  -against-<br><br>THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, ELON MUSK, X CORP, ADAM SHARP.<br>       Defendants.<br>-----------------------------------------------------------------X | 23-cv-09648-JGLC-GWC<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that pro se plaintiff, Jason Goodman, served counsel for Defendants with a copy of the motion for contempt via email and to non-party Sweigert via USPS to the addresses below:

maanders@law.nyc.gov
ktrujillo-jamison@willenken.com
pshimamoto@willenken.com
jtmills@grsm.com
BMiddlebrook@grsm.com

  D. G. SWEIGERT, C/O
  PMB 13339, 514 Americas Way,
  Box Elder, SD 57719.

            Dated: New York, New York March 11, 2024

                 Respectfully submitted,
                     Jason Goodman
                     Pro Se Plaintiff
             truth@crowdsourcethetruth.org
               252 7th Avenue Apt 6s
                New York, NY 10001
                  347-380-6998