IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK            23-cv-09648-JGLC-GWC
------------------------------------------------------------------X
                JASON GOODMAN,

                          Plaintiff,           **MEMORANDUM IN**
          -against-                                **SUPPORT OF**
                                                                 **MOTION TO STRIKE**
THE CITY OF NEW YORK and NEW YORK CITY        **FALSE**
POLICE DEPARTMENT, NEW YORK CITY POLICE     **INFORMATION**
DEPARTMENT LIEUTENANT GEORGE EBRAHIM,
NEW YORK CITY POLICE DEPARTMENT OFFICER
CHANDLER CASTRO, NEW YORK CITY POLICE
DEPARTMENT OFFICER JENNIFER CARUSO, NEW
YORK CITY POLICE DEPARTMENT OFFICER
KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN
DOE 3, JOHN DOE 4, JANE DOE, (fictitious names
intended to be officers, representatives, agents, servants of
the New York City Police Department, individually and in
their official capacities, ELON MUSK, X CORP, ADAM
SHARP.
                                       Defendants.
------------------------------------------------------------------X

        Plaintiff, Jason Goodman, ("Goodman") by and for himself pro se, respectfully requests the Court strike defendant the City of New York's request for an extension of time pursuant to FRCP rule 12(f) because it contains false and scurrilous allegations which are intended to depict the plaintiff in a negative light and have an inappropriate impact on the ruling on the motion;

### INTRODUCTION

        1.       On March 7, 2024, Defendant the City of New York via counsel filed a fourth request for an extension of time to respond to the complaint, (Dkt. 65).

        2.       Prior to filing, counsel for defendants contacted Goodman by telephone to inform him that she intended to seek a fourth extension of time to respond to the complaint.

        3.       Plaintiff informed counsel for defendants that he had run out of patience for the repeated delays and was unhappy with what appeared to be deliberate attempts to stall.

4. A warning was issued that a motion for default would be sought against the NYPD officers if they did not appear and that plaintiff did not consent to another extension.

5. At no time during the call did Goodman state that he was "very angry".

6. Counsel's choice to falsely attribute a quote to the plaintiff while pleading for a time wasting fourth extension constitutes a false statement made to the Court intended to affect the outcome of the ruling on this motion and should be stricken from the record.

## RELIEF SOUGHT

7. Defendants should be compelled to provide evidence that Goodman said he was "very angry" or else be compelled to strike the filing and submit an answer.

Dated: New York, New York March 7, 2024

Respectfully submitted,

Jason Goodman
Pro Se Plaintiff
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998