IN THE UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------------X  
                  JASON GOODMAN,

                        Plaintiff,

          -against-

THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, ELON MUSK, X CORP, ADAM SHARP.  
                        Defendants.  
-------------------------------------------------------------------X

23-cv-09648-JGLC-GWC

**CERTIFICATE OF SERVICE**

It is hereby certified that pro se plaintiff, Jason Goodman, served counsel for Defendants with a copy of the motion to strike via email to the addresses below:

maanders@law.nyc.gov  
ktrujillo-jamison@willenken.com  
pshimamoto@willenken.com  
jtmills@grsm.com  
BMiddlebrook@grsm.com

Dated: New York, New York March 7, 2024

Respectfully submitted,

Jason Goodman  
Pro Se Plaintiff  
truth@crowdsourcethetruth.org  
252 7th Avenue Apt 6s  
New York, NY 10001  
347-380-6998