UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JASON GOODMAN                                    :

                        Plaintiff,               :         ORDER

       -v.-                                       :
                                                           23 Civ. 9648 (JGLC) (GWG)
THE CITY OF NEW YORK et al.,                      :

                        Defendants.              :
-------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       Plaintiff is reminded that he must not file any motion unless he has sought and obtained
permission from the Court to do so as provided in paragraph 2.A of the Court's Individual
Practices.  In the future, any motion filed without Court permission may be summarily denied.

       SO ORDERED.

Dated:  March 13, 2024
        New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge