IN THE UNITED STATES DISTRICT COURT  23-cv-09648-JGLC-GWC
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                JASON GOODMAN,

                      Plaintiff,   **CERTIFICATE OF SERVICE**

        -against-

THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, ELON MUSK, X CORP, ADAM SHARP.
                      Defendants.
-----------------------------------------------------------------------X

It is hereby certified that pro se plaintiff, Jason Goodman, served counsel for

Defendants with a copy of the letter motion for reconsideration via email and to non-party

Sweigert via USPS to the addresses below:

maanders@law.nyc.gov
ktrujillo-jamison@willenken.com
pshimamoto@willenken.com
jtmills@grsm.com
BMiddlebrook@grsm.com

        D. G. SWEIGERT, C/O
        PMB 13339, 514 Americas Way,
        Box Elder, SD 57719.

                                    Dated: New York, New York March 12, 2024

                                                Respectfully submitted,
                                                     Jason Goodman
                                                     Pro Se Plaintiff
                                      truth@crowdsourcethetruth.org
                                                252 7th Avenue Apt 6s
                                                     New York, NY 10001
                                                          347-380-6998