IN THE UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------------X  
                JASON GOODMAN,

                      Plaintiff,

       -against-

THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, ELON MUSK, X CORP, ADAM SHARP.  
                      Defendants.  
-----------------------------------------------------------------------X

23-cv-09648-JGLC-GWG

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 31, 2023, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by alternate service to ELON MUSK pursuant to Fed. R. Civ. P. Rule 4(e)(1) and NY CPLR § 308(4) and proof of service was therefore filed on January 23, 2024, (Dkt. 44).

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint. The default of the defendant is hereby noted.

New York, NY,  
March 22, 2024

RUBY J. KRAJICK  
Clerk of Court

By: _____  
Deputy Clerk