IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
       JASON GOODMAN,

          Plaintiff,

    -against-

THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, ELON MUSK, X CORP, ADAM SHARP.

          Defendants.
------------------------------------------------------------------X

23-cv-09648-JGLC-GWG

**DECLARATION IN SUPPORT OF REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

    Plaintiff, Jason Goodman, ("Goodman") by and for himself pro se, respectfully requests the Clerk of the Court issue a certificate of default with respect to defendant ELON MUSK.

    Goodman states, under penalty of perjury with respect to himself and his own actions and alleges upon information and belief with regard to all other parties, the following;

    1.  I, JASON GOODMAN am the plaintiff in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, will testify competently to them.

    2.  The summons and complaint were served on defendant ELON MUSK on January 11, 2024, by Alternate Service pursuant to Fed. R. Civ. P. Rule 4(e)(1), and NY CPLR § 308(4), by affixing the summons to the door of the actual place of dwelling of ELON MUSK, (Dkt. 44).

    3.  The time for ELON MUSK to plead or otherwise defend expired on February 1, 2024, and more than 21 days have passed since service of the summons and complaint.

    4.  ELON MUSK is not an infant, incompetent person, or in active military service.

5. ELON MUSK is widely regarded as one of the wealthiest individuals on Earth and presents particular challenges with regard to standard methods of service of process.

6. ELON MUSK owns multiple personal jets, travels the world often and, according to Business Insider, is uniquely difficult to serve, (*See* https://www.businessinsider.com/grimes-custody-elon-ELON MUSK-children-x-tesla-spacex-neuralink-headquarters-2023-11).

7. On or around November 21, 2023, I engaged in phone and email communications with an associate of Alex Spiro, widely known to be ELON MUSK's attorney. **(EXHIBIT A)**

8. Mr. Staltari is aware of this instant legal action, has refused waiver of service, and has advised that Quinn Emanuel and Alex Spiro will not represent ELON MUSK in this matter.

9. ELON MUSK is the owner of defendant X Corp and has made public statements that would be likely to cause a reasonable observer to conclude that he is in regular communication with executives and employees at X Corp, including individuals who have knowledge of, or reasonably should have knowledge of this instant legal action.

10. On December 8, 2023, counsel for defendant X Corp advised me by email that he was not authorized to waive service on behalf of ELON MUSK. **(EXHIBIT B)**

11. ELON MUSK has failed to plead or defend this action as required by law.

12. ELON MUSK's default has been entered for failure to plead or otherwise defend.

13. I request that the Clerk enter a Certificate of Default against ELON MUSK.

14. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York March 22, 2024

Respectfully submitted,
Jason Goodman
Pro Se Plaintiff
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

DECLARATION IN SUPPORT OF REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT       2

**EXHIBIT A**

**From:** Anthony J. Staltari ▮@quinnemanuel.com
**Subject:** RE: Our phone call last week
**Date:** November 21, 2023 at 3:19 PM
**To:** Jason Goodman  jasongoodman3d@gmail.com
**Cc:** Alex Spiro ▮@quinnemanuel.com

Mr. Goodman,

Please be advised that Quinn Emanuel Urquhart & Sullivan, LLP is not representing Mr. Musk in this matter.

Anthony J. Staltari | Managing Attorney | Quinn Emanuel Urquhart & Sullivan, LLP

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

-----Original Message-----
From: Jason Goodman <jasongoodman3d@gmail.com>
Sent: Tuesday, November 21, 2023 2:17 PM
To: Anthony J. Staltari <▮com>
Cc: Alex Spiro <▮
Subject: Our phone call last week

[EXTERNAL EMAIL from jasongoodman3d@gmail.com]

Mr. Staltari,

I am following up regarding our phone call last week.  I have not heard a response from Mr. Spiro or you.  To reiterate, I am trying to serve your firm's client Elon Musk in the attached matter Goodman v the City of New York et al.  I can send a process server back over to your office, or if you prefer, please ask Mr. Spiro to complete the request for waiver of service also attached. Thank you for your prompt attention to this matter.

Jason Goodman
347-380-6998

**EXHIBIT B**

**From:** Kenneth Trujillo-Jamison ktrujillo-jamison@willenken.com
**Subject:** Re: [EXTERNAL] Waiver of service for your client's owner / CTO Elon Musk
**Date:** December 8, 2023 at 1:42 AM
**To:** Jason Goodman truth@crowdsourcethetruth.org
**Cc:** Kirby Hsu khsu@willenken.com

Mr. Goodman,

Thank you for the call with my colleague Kirby and me yesterday. To follow up on the discussion, we are not authorized to waive service for Mr. Musk.

Regards,

Kenneth Trujillo-Jamison
Willenken LLP

Sent from my iPhone. Please pardon any typos.

**From:** Jason Goodman <truth@crowdsourcethetruth.org>
**Sent:** Wednesday, December 6, 2023 6:07:19 AM
**To:** Kenneth Trujillo-Jamison <ktrujillo-jamison@willenken.com>
**Cc:** Peter Shimamoto <PShimamoto@willenken.com>
**Subject:** [EXTERNAL] Waiver of service for your client's owner / CTO Elon Musk

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

ALEX SPIRO has refused to waive service and despite it being widely publicized that he is Elon Musk's personal attorney and extremely close advisor, he has told me he is not representing Musk in this matter.  Please sign and return this waiver of service for your client's owner / cto.