UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JASON GOODMAN,

                              Plaintiff,

                                                                          **NOTICE OF MOTION**

          -against-

THE CITY OF NEW YORK, ET AL.,                     23 Civ. 9648 (JGLC) (GWG)

                              Defendants.

------------------------------------------------------------------------- x

       **PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support of Defendant's Motion to Dismiss, dated March 26, 2024, and upon all the papers and proceedings had herein, defendants the City of New York, Ebrahim, Castro, Caruso, and Garcia, will move in this Court, before the Honorable Jessica G. L. Clarke at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for judgment pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.[1]

Dated:       New York, New York
                March 26, 2024

                                                   **HON. SYLVIA O. HINDS-RADIX**
                                                   Corporation Counsel of the City of New York
                                                   *Attorney for defendants City, Ebrahim, Castro,*
                                                   *Caruso, and Garcia*
                                                   100 Church Street, Room 3-170
                                                   New York, New York 10007
                                                   (212) 356-2415

                                          By:   *Mary Jane Anderson*   /s/
                                                        Mary Jane Anderson
                                                         *Assistant Corporation Counsel*

---

[1] I reached out to Plaintiff to propose a briefing schedule. Plaintiff indicated that he needed fourteen days to file his opposition papers. In turn, I proposed the following briefing schedule: Plaintiff's Opposition Papers due April 9, 2024, Defendants Reply papers due April 23, 2024. However, the parties were unable to agree upon a briefing schedule before the filing of this motion.

Cc:  <u>VIA FIRST CLASS MAIL & EMAIL</u>:
Jason Goodman
252 7th Avenue
Apt. 6S
New York, NY 10001
truth@crowdsourcethetruth.org

<u>VIA ECF</u>
Counsel of Record