UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JASON GOODMAN,

                Plaintiff,

                              ORDER
    -against-                     23 Civ. 9648 (JGLC) (GWG)

THE CITY OF NEW YORK et al.,

                Defendants.
---------------------------------------------------------X
GABRIEL W. GORENSTEIN, United State Magistrate Judge

       The Court previously ordered that the briefing schedule on the City's motion to dismiss (Docket # 85) would be in accordance with paragraph 2.B of the Court's Individual Practices. See Memorandum Endorsement, filed Mar. 21, 2024 (Docket # 79). Because the parties were unable to agree on a briefing schedule, see Notice of Motion, filed Mar. 26, 2024 (Docket # 85), at 1 n.1, the briefing schedule was set by Local Civil Rule 6.1, see Individual Practices 2.B ("In the rare instance where the parties cannot agree on a schedule for the briefing of a motion, the briefing schedule will instead be in accordance with the time periods specified in Local Civil Rule 6.1."). Under Local Civil Rule 6.1(b)(2), plaintiff's opposition to the City's motion to dismiss was due on April 9, 2024. Plaintiff has yet to file any opposition, however.

       In light of plaintiff's pro se status, the Court will sua sponte extend the deadline for plaintiff to file his opposition to the City's motion to dismiss. Any opposition must be filed on or before April 24, 2024. The City may file any reply on or before May 1, 2024.

       SO ORDERED.

Dated: April 17, 2024
       New York, New York

                                                            _____
                                                            GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge