UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, et al.,<br><br>    Defendants. | No. 1:23-cv-09648-JGLC-GWG<br><br>**CERTIFICATE OF SERVICE** |

I, Lisa S. Gibbons, hereby certify:

1. I am a Legal Assistant at the law firm of Willenken LLP, attorneys for X Corp. in the above-referenced action.

2. On April 22, 2024, I served true and correct copies of the following:

    a) Defendant X Corp.'s Response to Plaintiff's Response to Order to Show Cause

    b) Copies of cases and other authorities cited in Defendant X Corp.'s Response to Plaintiff's Response to Order to Show Cause that are unpublished or reported exclusively on computerized databases.

Via U.S. Mail to:

Jason Goodman
252 7th Avenue, Apt. 6S
New York, NY 10001


Dated: Los Angeles, California
   April 22, 2024

                    _/s/ Lisa S. Gibbons_
                      Lisa S. Gibbons

1