AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| JASON GOODMAN | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-09648-JGLC-GWG |
| THE CITY OF NEW YORK, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Elon Musk.

Date: 04/22/2024

/s/ Kenneth M. Trujillo-Jamison
*Attorney's signature*

Kenneth M. Trujillo-Jamison (CA Bar No. 280212)
*Printed name and bar number*

Willenken LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
*Address*

ktrujillo-jamison@willenken.com
*E-mail address*

(213) 955-9240
*Telephone number*

(213) 955-9250
*FAX number*