UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>            Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, et al.,<br><br>            Defendants. | No. 1:23-cv-09648-JGLC-GWG<br><br>**CERTIFICATE OF SERVICE** |

I, Lisa S. Gibbons, hereby certify:

1. I am a Legal Assistant at the law firm of Willenken LLP, attorneys for X Corp. in the above-referenced action.

2. On April 22, 2024, I served true and correct copies of the following:

   a) Notice of Appearance of Kenneth M. Trujillo-Jamison on behalf of defendant Elon Musk

   b) Notice of Appearance of Peter Shimamoto on behalf of defendant Elon Musk

   c) Letter dated April 22, 2024 addressed to The Honorable Gabriel W. Gorenstein

Via U.S. Mail to:

Jason Goodman
252 7th Avenue, Apt. 6S
New York, NY 10001


Dated:  Los Angeles, California
        April 22, 2024

                                                                      */s/ Lisa Gibbons*
                                                                      Lisa S. Gibbons