Magistrate Judge Hon. Gabriel W. Gorenstein
U.S. District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Via pro se electronic filing

Re: Case No.: 23-cv-09648-JGLC-GWC Goodman v the City of New York et al

April 22, 2024

Dear Judge Gorenstein,

    I write to respectfully request an extension of time to respond to defendants' motion to dismiss, (Dkt. 85) presently April 24, and to apologize for my earlier failure to respond by April 9. As the court is aware, vexatious nonparty David George Sweigert ("Sweigert") is involved in an aggressive, continuously ongoing effort to improperly affect the outcome of this case and to disrupt each and every aspect of my life. Earlier today, I received new information via a harassing USPS letter from Sweigert which has given rise to the need for a Rule 11 Safe Harbor notification letter that I sent to Ms. Anderson earlier today.

    I respectfully request an extension of time to respond that provides Ms. Anderson with sufficient time to address the safe harbor notification. This is my first request for an extension of time to respond to the City's motion to dismiss, however the Court did previously extend the time sua sponte as a result of my failure to respond timely on April 17, 2024 (Dkt. 91). Due to the late arrival of USPS mail and the urgent nature of this new information, I have been unable to seek the input of defendants with regard to the extension of time, however Ms. Anderson has previously indicated her need for additional time.

Respectfully submitted,

Jason Goodman

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK         23-cv-09648-JGLC-GWC
-----------------------------------------------------------------------X
                  JASON GOODMAN,

                          Plaintiff,                    **CERTIFICATE OF**
            -against-                               **SERVICE**

THE CITY OF NEW YORK and NEW YORK CITY
POLICE DEPARTMENT, NEW YORK CITY MAYOR
ERIC ADAMS, NEW YORK CITY POLICE
DEPARTMENT LIEUTENANT GEORGE EBRAHIM,
NEW YORK CITY POLICE DEPARTMENT OFFICER
CHANDLER CASTRO, NEW YORK CITY POLICE
DEPARTMENT OFFICER JENNIFER CARUSO, NEW
YORK CITY POLICE DEPARTMENT OFFICER
KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN
DOE 3, JOHN DOE 4, JANE DOE, (fictitious names
intended to be officers, representatives, agents, servants of
the New York City Police Department, individually and in
their official capacities, ELON MUSK, X CORP, ADAM
SHARP.
                                Defendants.
-----------------------------------------------------------------------X

      It is hereby certified that pro se plaintiff, Jason Goodman, served counsel for Defendants the City of New York, X Corp and Adam Sharp with a copy of the letter requesting an extension of time to respond addresses below:

maanders@law.nyc.gov
ktrujillo-jamison@willenken.com
pshimamoto@willenken.com
jtmills@grsm.com
BMiddlebrook@grsm.com

                                                   Dated: New York, New York April 22, 2024

                                                        Respectfully submitted,

                                                        Jason Goodman
                                                        Pro Se Plaintiff
                                    truth@crowdsourcethetruth.org
                                            252 7th Avenue Apt 6s
                                              New York, NY 10001
                                                      347-380-6998