IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK                    23-cv-09648-JGLC-GWG
-------------------------------------------------------------------X
                                    JASON GOODMAN,

                                            Plaintiff,                   **RESPONSE IN**
                                                                         **OPPOSITION TO**
                              -against-                                   **MOTION TO DISMISS**

THE CITY OF NEW YORK and NEW YORK CITY
POLICE DEPARTMENT, NEW YORK CITY POLICE
DEPARTMENT LIEUTENANT GEORGE EBRAHIM,
NEW YORK CITY POLICE DEPARTMENT OFFICER
CHANDLER CASTRO, NEW YORK CITY POLICE
DEPARTMENT OFFICER JENNIFER CARUSO, NEW
YORK CITY POLICE DEPARTMENT OFFICER
KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN
DOE 3, JOHN DOE 4, JANE DOE, ELON MUSK, X
CORP, ADAM SHARP.
                                            Defendants.
-------------------------------------------------------------------X

      Plaintiff, Jason Goodman, ("Goodman") by and for himself pro se, respectfully submits

this response in opposition to the City of New York and NYPD officers' motion to dismiss.

      Goodman is a lifelong, law-abiding, tax paying citizen of New York.  Born in the Bronx

and a Manhattan resident for thirty-four years, Goodman has never been arrested or credibly

accused of any crime.  Goodman has created many jobs for other New Yorkers and enriched lives

first through his decades of work as a cinematographer in the entertainment industry and more

recently as a journalist.  The dishonest, reprehensible behavior of these NYPD defendants shocks

the conscience and calls their ability to enforce the law into question.  Irrespective of the

outcome in this case, each of the NYPD defendants and their counsel should be charged with

perjury for the bold and brazen lies contained in their misguided motion to dismiss.

## I.    INTRODUCTION

      1.    The court should deny defendants motion to dismiss because it is predicated on a

fundamentally false premise and supported by provable lies.  Defenses raised are contradicted by

RESPONSE IN OPPOSITION TO MOTION TO DISMISS                                            1

defendants' own statements and actions which were recorded in a thirty-nine-minute video captured on Goodman's personal mobile phone at the time of this incident. **(EXHIBIT A)**

2.      In a good faith effort to resolve this matter prior to discovery, Goodman provided counsel for defendants Mary Jane Anderson, ("Anderson") with a copy of the primary video referenced in the complaint.  The video provided is more than thirty-nine minutes in length and was recorded by Goodman on November 1, 2022, before, during and after the altercation.

3.      Pursuant to FRCP Rules 12(b) and (c), defendants have moved for a judgement on the pleadings and attempt to deceive the Court, in part by limiting review of relevant evidence.

4.      Defendants have submitted select, edited portions of Goodman's own video evidence that omit the Doe defendants' deliberate instigation of the confrontation and substantial threats to Goodman's safety that preceded any conversation between the parties.

5.      This reprehensible and deliberate act of deceit on the part of defendants and their attorney is, in and of itself, sufficient grounds to deny their motion.  The Court should further draw its own adverse inference based on this dishonest conduct.

6.      Defendants neglected to inform the Court that the video relied upon in the complaint and in their motion to dismiss shows the Doe defendants first approach Goodman, then instigate the interaction before provoking, threatening, and ultimately attacking him.

7.      This cherry picking of evidence should be rejected by the Court and recognized for what it is, a dishonest effort to misrepresent the truth in this matter.

8.      The falsity of defendants' claims is proven by their own words as recorded on the video that is referenced in their deceitful motion and detailed here in the provided transcript.

9.      As defendants cite, "In deciding a motion to dismiss, courts may consider "the complaint, the answer, any written documents attached to them, and any matter of which the

court can take judicial notice for the factual background of the case." *Roberts v. Babkiewicz*, 582 F.3d 418, 419 (2d Cir. 2009). "Courts may infer from the factual allegations in the complaint 'obvious alternative explanations,' which suggest lawful conduct rather than the unlawful conduct the plaintiff would ask the court to infer." *McDowell v. Gonzalez*, 424 F. Supp. 3d 1214, 1220 (quoting ADA v. Cigna Corp., 605 F.3d 1283, 1290 (11th Cir. 2010) (quoting Iqbal, 556 U.S. at 682). On a 12(b) motion, courts are generally limited to the facts contained in the complaint and attached exhibits. *McDowell v. Gonzalez*, 424 F. Supp. 3d 1214, 1220 (quoting *Wilchombe v. TeeVee Toons, Inc.*, 555 F.3d 949, 959 (11th Cir. 2009); see also *Maxcess, Inc. v. Lucent Techs., Inc.,* 433 F.3d 1337, 1340 n.3 (11th Cir. 2005) ("[A] document outside the four corners of the complaint may still be considered if it is central to the plaintiff's claims and is undisputed in terms of authenticity." (citing *Horsley v. Feldt*, 304 F.3d 1125, 1135 (11th Cir. 2002))). When a Plaintiff references a video in the pleadings itself, a Court may consider that footage. See *Moran v. Town of Greenwich*, 2021 U.S. Dist. LEXIS 152604, at *15 (dismissing Plaintiff's claims and considering body worn camera footage when it was referenced in the Plaintiff's Complaint) see also *Chambers v. Time Warner*, *Inc.*, 282 F.3d 147, 152-53 (2d Cir. 2002) (a court need not convert a motion to dismiss into a motion for summary judgment when it considers "'any written instrument attached to [the complaint] as an exhibit or any statements or documents incorporated in it by reference[,]'" and noting that "[e]ven where a document is not incorporated by reference, the court may nevertheless consider it where the complaint 'relies heavily upon its terms and effect,' which renders the document 'integral' to the complaint." (quoting *Int'l Audiotext Network, Inc. v. Am. Tel. & Tel. Co.*, 62 F.3d 69, 72 (2d Cir. 1995))). This defense cuts both ways and the Court should rely on the complete thirty-nine-minute video to

understand that Goodman's actions were undertaken in the course of self-defense, prior to and during an assault involving four assailants, not two as falsely asserted in the motion to dismiss.

10.    The majority of this incident and subsequent interactions were video recorded and cited in the complaint.  The same basis relied upon to submit a deliberately truncated version of events applies to all evidence in this case which unequivocally refutes defendants' false claims.

11.    "Summary judgment is a drastic remedy which should not be granted unless it is made clear by the proponent of the application that there are no genuine issues of material fact *(see Andre v Pomeroy*, 35 NY2d 361, 364, 320 N.E.2d 853, 362 N.Y.S.2d 131 [1974]). The proponent of a summary judgment motion must make a prima facie showing of entitlement to judgment as a matter of law by tendering sufficient evidence to demonstrate the absence of any material issues of fact (*see Alvarez v Prospect Hosp*., 68 NY2d 320, 324, 501 N.E.2d 572, 508 N.Y.S.2d 923 [1986]; *Winegrad v New York Univ. Med. Ctr*., 64 NY2d 851, 853, 476 N.E.2d 642, 487 N.Y.S.2d 316 [1985]; *Zuckerman v City of New York*, 49 NY2d 557, 562, 404 N.E.2d 718, 427 N.Y.S.2d 595 [1980]). "Failure to make such [a] prima facie showing requires a denial of the motion regardless of the sufficiency of the opposing papers" (Alvarez, 68 NY2d at 324; *see* Winegrad, 64 NY2d at 853)."

*Bracero v. State of N.Y.*, 2023 NY Slip Op 51336(U), ¶ 3, 81 Misc. 3d 1214(A), 200 N.Y.S.3d 655 (Ct. Cl.)

12.    In this case, the NYPD defendants fail to provide prima facie evidence in support of their false claims but instead rely upon revisionist fabricated statements, and outright lies. This disgraceful behavior by the City of New York, NYPD and their counsel represents such a horrendous failure of integrity it defies explanation and, per *Bracero v State of N.Y.* causes their motion to fail.

## II.    DEFENDANTS' FALSE CLAIMS

13.    On page 11 paragraph 1, defendants admit the Doe Defendants made a false report to 911, alleging a violation of privacy when Goodman, pursuant to the first amendment, engaged in public video recording of a newsworthy event on a public street.  Defendants had no right to privacy while present outside 249 West 17th Street.  They called 911 strictly to harass Goodman.  Defendants further falsely allege, "NYPD Sergeant O'Leary responded to the complaint against Plaintiff and separated the parties," but no such separation occurred.

14.    The truth is recorded on O'Leary's bodycam and also on a video livestreamed by Goodman which was already referenced in the complaint and is still available publicly online, (https://odysee.com/@Crowdsourcethetruth:d/ghosttowntwitterheadsroll:8?r=C2tm6zsMvSkK2r ATN8ne1yXNTFGxjvh4).

*15*.    After conferring with Goodman and the Doe Defendants, O'Leary actually said, *"you're a reporter, you understand what you're doing, I told them you're on a public street. You're allowed to record.  By all means, you can do what you want to do."*

16.    This clear and deliberate deception alone should be sufficient to deny the motion.

17.    Defendants' go on to falsely allege on page 12, "Based upon the footage of the encounter, Lieutenant Ebrahim decided to issue a summons to both the Plaintiff and the "John Doe 2".  By his own admission, Ebrahim did not view footage sufficient to make a determination about what happened, and audio could not be heard at that time.  This caused Ebrahim to refuse further review of the footage, yet somehow allowed him to determine that there was no evidence.

## III.    STANDARD OF REVIEW

18.    "To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, 'to state a claim to relief that is plausible on its face.'"

*Ashcroft v. Iqbal,* 556 U.S. 662, 678 (2009) (quoting Bell Atl. Corp. v. Twombly, 550

U.S. 544,

19.     In this case however, the Court must also consider that it is "obligated to draw the

most favorable inferences that [a pro se plaintiff's] complaint supports."

*Whidbee v. Debenedittis*, No. 2:24-cv-145 (NJC) (ARL), 2024 U.S. Dist. LEXIS 6918, at

*5 (E.D.N.Y. Jan. 12, 2024)

20.     Sufficient facts have been pled in the complaint and supported in the unabridged

evidence that go beyond plausibility amounting to undeniable fact of the matters alleged.

21.     Even if the Court determines that Goodman has improperly selected statues or

improperly plead claims in the context of those statues, the fundamental facts remain.  Goodman

alleges NYPD officers conspired with the Doe defendants to lie about the facts of this matter and

now to perpetuate those lies to avoid prosecution of the Doe defendants, to hide illegal FBI

activity within X Corp, and illegal concealed weapons Goodman saw on John Doe 1 and others.

## IV.    ARGUMENT

22.     The unlawful detention claim was based upon John Doe 2's illegal seizure of

Goodman and his actions currently presumed to be based on FBI and or NYPD orders.  When he

forcefully grabbed Goodman by the neck and pressed him against 241 West 17th street shouting

"back up, back up" Goodman was held against his will, and for a period of time, unable to leave.

23.     Goodman was detained by John Doe 2 while he was surrounded by John Doe 3

and Jane Doe, and ultimately approached by a fourth unknown party.  Based on Jane Doe

presenting a badge that she struck Goodman with, their remains a presumption that the Doe

defendants may have been employed by or operating under the instructions of NYPD or X Corp

which was controlled by the FBI at the time of this incident as later proven by X Corp owner,

defendant Elon Musk's firing of former FBI attorney and defiant employee James Baker,

(https://nypost.com/2022/12/06/elon-musk-fires-twitter-lawyer-james-baker-over-hunter-biden/)

24.      Even if Goodman is incorrect and the Doe defendants are not NYPD employees,

agents, contractors, special patrolmen or otherwise affiliates, sufficient facts have been pled in

the complaint to survive this fundamentally dishonest motion to dismiss and move to discovery

where the Doe employers can be learned.  Sufficient facts include the video recording of an

assault by Jane Doe with a badge that she then refused to clearly display and further by NYPD

defendant Caruso's written admission that the Doe defendants were "known to the department."

25.      Defendants falsely allege, "Plaintiff was issued a summons for violations of New

York Penal Law §240.20(7)" which requires the cited subject to act "with intent to cause public

inconvenience, annoyance or alarm, or recklessly creating a risk thereof."  Goodman acted in

self-defense and did not intend to annoy or cause inconvenience.  He engaged in the verbal

altercation only after he was surrounded, provoked, and intimidated by the Doe defendants as

proven in the video defendants attempt to recast in a false light to impugn Goodman's character.

26.      Even if, as defendants claim, a facially defective summons can be arbitrarily and

maliciously issued by unprofessional, deceitful NYPD officers in defense of parties that are

"known to the department," by Ebrahim's own admission as recorded on the video, he failed to

review the evidence and was unable to make a determination about what had actually transpired.

27.      Even if Plaintiff said, as quoted in the motion to dismiss, "Jane Doe" is a "fat

midget b*tch" and a "c*nt" he did not speak to the Doe defendants at all until after he was

approached, aggressively provoked, intimidated, and assaulted by them.

28.      Furthermore, and by their own admission as proven by the same video defendants

lies rely upon, no NYPD officers or lieutenants reviewed the evidence sufficiently to make any

determination and none heard any of the spoken statements until 2024 when Goodman voluntarily provided this evidence to Anderson in a good faith effort to resolve this matter.

29.    This reprehensible effort to retroactive justify their dishonest behavior with further deceit is also a singular factor sufficient to deny the motion to dismiss.

30.    The denial of due process referred to the initial refusal to arrest Goodman's assailants, the issuance of a summons without reviewing evidence, and then by defendants Castro and Garcia threatening Goodman with arrest rather than taking a police report.

31.    Goodman's right to file a police report was reiterated by Ebrahim's confirmation of the photographic evidence days later during a subsequent encounter.  Castro knew or reasonably should have known that a properly filed police report could lead to the arrest of John Doe 2 and Jane Doe for assault and could have revealed the illegal FBI activity Goodman intended to report to X Corp owner defendant Elon Musk.

32.    The reprehensible actions of Castro and Garcia, specifically the threat to remand Goodman to a mental hospital by force should he persist in his efforts to file a police report, should unequivocally be construed as a retaliatory first amendment violation as should the disgraceful, lies in the motion to dismiss.  An honest police force faced with these claims would admit to wrongdoing rather than continuing to lie as these defendants have chosen to.

33.    Even if the Court determines that refusal to take a police report does not qualify as a first amendment violation, the totality of evidence presented proves the egregious conduct of the Doe defendants and the NYPD officers who became complicit in their response. This pima facie showing of evidence supports Goodman's facially plausible claims and is sufficient to advance this case to discovery, or in the alternate to provoke a pre-discovery evidentiary hearing at which the Court could evaluate the video evidence.

34.     The motion to dismiss also falsely asserts that the plaintiff was arrested for disorderly conduct which is incorrect and another point that indicates these defendants and their counsel are not even sufficiently familiar with the facts of this matter to file any valid pleadings.

35.     If the Court accepts point five related to Goodman's conspiracy claim in favor of defendants, and Jane Doe was in fact an NYPD employee incapable of conspiring with other officers, that means she assaulted Goodman with a badge and then refused to identify herself. This would weigh in favor of denying the motion to dismiss because the badge assault is also on video already in the record of this case.  The motion to dismiss must be denied and this case should advance to discovery so that Jane Doe's identity and true employer can be learned.

36.     With regard to the § 1983 claims, these all refer to the illegal conspiracy between X Corp and the FBI, and NYPD's cooperation in that.  This illegal relationship has already been proven by public statements made by defendant Musk, his firing of former FBI General Counsel James Baker, and Baker and other former X Corp employees' sworn testimony before congress.

37.     With regard to intentional infliction of emotional distress, the conduct of each of the defendant officers as recorded on the video rises to that level, and moreover, their willingness to lie to defend their reprehensible actions is cause for further distress and proves NYPD are not a law enforcement agency, but rather a rogue gang for hire protecting the wealthiest man in the world, his corporations and individuals "known to the department" as confirmed by Caruso.

38.     The malicious prosecution claim pertains to the issuance of the summons and is based on the demeanor and statements of the officers on the scene which have been deliberately omitted from evidence presented in the motion to dismiss.  Element one is met by the improper issuance of a summons against plaintiff in the absence of any evidence as admitted on video by Ebrahim.  Element two is met because the case against Goodman was dismissed by the judge due

to the summons being facially defective. The 2022 admissions of Ebrahim prove the officers did

not know what transpired and lacked probable cause or any knowledge of sufficient evidence for

commencing the proceeding. The fourth element is met by Castro and Garcia's actual malice in

refusing to take a report even in the face of photographic evidence proving the claims.

39.     Defendants' efforts to mislead the Court by attempting to restrict evidence and to

further misdirect with false claims are so egregious they rise to the level of perjury.

40.     These false claims should at least cause the Court to draw the negative inference

that defendants' must lie in their desperate effort to dismiss Goodman's well-founded claims.

41.     Even if the Court finds any of the defenses raised in the motion to dismiss to be

valid, it is Goodman who has provided prima facie evidence that prove his claims and go well

beyond plausibility, becoming irrefutable when and if the video evidence is evaluated properly

and in its totality from the outset of the incident to its conclusion.

42.     For the reasons stated herein, the Court should deny defendants' motion to

dismiss, and this case should proceed to discovery.


Dated: New York, New York May 2, 2024

Respectfully submitted,

Jason Goodman
Pro Se Plaintiff
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998


RESPONSE IN OPPOSITION TO MOTION TO DISMISS                    10

**EXHIBIT A**

Transcript of 39 minute Video Recorded
by Jason Goodman outside
249 West 17th street on November 1, 2022

```
00:00:21:23 - 00:00:26:17
Y'all don't have to worry, we're gonna block all these cars for you

00:02:18:22 - 00:02:19:22
How are you today?

00:02:19:22 - 00:02:20:17
I'm well.

00:02:20:17 - 00:02:23:05
What can I do for you?

00:02:23:26 - 00:02:27:04
I'm feeling intimidated by the two of you coming over here and standing
near me.

00:02:27:05 - 00:02:28:21
Can I ask you to step away?

00:02:28:29 - 00:02:30:16
We're six feet away you're good

00:02:30:20 - 00:02:31:22
That's not six feet.

00:02:31:22 - 00:02:34:11
But I'm telling you that I'm feeling intimidated by your presence.

00:02:34:11 - 00:02:37:06
And I'm asking you politely to step away.

00:02:38:14 - 00:02:41:03
You're a f#cking c#nt lady.

00:02:42:06 - 00:02:43:05
You know what?

00:02:43:09 - 00:02:46:02
Why don't you get the f#ck away from from me you fat little m*dg@t b*tch

00:02:46:02 - 00:02:46:29
right here?

00:02:47:10 - 00:02:49:06
long as you don't put hands you can say whatever you want

00:02:49:06 - 00:02:50:06
Why are you approaching me?

00:02:50:06 - 00:02:51:28
Why are you motherf#ckers always messing with me?

00:02:51:28 - 00:02:53:05
Don't put hands, we'll be alright
```

00:02:53:05 - 00:02:54:05
Just f#ck off, lady.

00:02:54:05 - 00:02:55:21
just don't put hands, and you'll be alright

00:02:55:28 - 00:02:57:08
I'm not putting any hands.

00:02:57:08 - 00:02:59:02
I've been standing over here away from you

00:02:59:02 - 00:03:00:08
idiots the whole time.

00:03:00:08 - 00:03:03:15
And you motherf#ckers come over and antagonize me.

00:03:04:01 - 00:03:05:00
Get out of here.

00:03:05:13 - 00:03:06:19
all Im sayin...

00:03:06:24 - 00:03:07:14
Just shut up.

00:03:07:14 - 00:03:08:17
Don't say anything to me.

00:03:08:17 - 00:03:09:08
You shut the f#ck up

00:03:09:08 - 00:03:11:15
You shut the f#ck up, you little b*tch.

00:03:11:15 - 00:03:12:10
You f@ggot

00:03:12:21 - 00:03:13:09
Look at that.

00:03:13:09 - 00:03:15:05
You see, you got your own person on camera.

00:03:15:05 - 00:03:16:05
What do you call me now?

00:03:16:05 - 00:03:17:05
No, what are you gonna call me

00:03:17:05 - 00:03:18:24
Get the "N" word don't f#cking approach me

00:03:18:24 - 00:03:19:27
you fat little c#nt

00:03:19:27 - 00:03:21:09
what are you gonna do about it? what are you gonna do about it?

00:03:21:14 - 00:03:24:05
Ignore and get the f#ck away from me, you fat little b*tch.

00:03:24:10 - 00:03:25:27
Ya your mother's a fat little b*tch.

00:03:25:27 - 00:03:29:11
You're such an immature, uneducated, ignorant f#cking c#nt.

00:03:29:11 - 00:03:31:04
Ya mutherf#cker, I'm an uneducated?

00:03:31:04 - 00:03:31:19
just get away from me

00:03:31:19 - 00:03:33:06
that's a shield mutherf#cker

00:03:33:06 - 00:03:34:17
ya well get away from me you f#ckin' c#nt

00:03:34:17 - 00:03:36:24
no, no. Let me see the shield let me see the badge.

00:03:37:03 - 00:03:37:27
You're a cop?

00:03:37:27 - 00:03:39:18
I have a f#ckin' education. Let me see it!

00:03:39:18 - 00:03:41:01
you're going to respect everybody

00:03:41:01 - 00:03:41:26
you have no education.

00:03:41:26 - 00:03:43:01
Get your f#cking hand out of my face

00:03:43:01 - 00:03:45:29
you don't respect nobody you did that from yesterday

00:03:46:05 - 00:03:48:12
and if that's a f#ckin badge, show it to me, you fat little f#ck.

00:03:48:12 - 00:03:50:07
Get this f#cking b*tch away from me

```
00:03:50:07 - 00:03:51:21
threatening me...

00:03:51:21 - 00:03:54:01
You're going to f#ck me up? What's your name? Your f#cking c#nt?

00:03:54:07 - 00:03:55:25
uhmm... f#cking c#nt

00:03:55:25 - 00:03:57:17
Yeah. Get out of here, you b*tch.

00:03:57:17 - 00:04:00:29
Dude, step away and get your f#cking friend out of here.

00:04:00:29 - 00:04:01:26
Relax bro, relax...

00:04:01:26 - 00:04:02:20
I'm relaxed.

00:04:02:20 - 00:04:04:14
I'm standing here minding my own business

00:04:04:14 - 00:04:06:18
You idiots came over and created a situation

00:04:06:18 - 00:04:07:15
watch your mouth

00:04:07:29 - 00:04:09:28
Oh, I should watch my mouth?

00:04:11:25 - 00:04:13:01
[mumbling]

00:04:13:01 - 00:04:14:23
What are you... what are you guys doin' here?

00:04:14:23 - 00:04:16:26
Some kind of f#cking Instagram hoax?

00:04:16:26 - 00:04:17:24
You're all idiots.

00:04:17:24 - 00:04:18:26
Get the f#ck away from me

00:04:18:26 - 00:04:19:18
ya fat b*tch

00:04:19:18 - 00:04:20:00
ya mother's an idiot
```

00:04:20:00 - 00:04:20:28
she dropped you off

00:04:20:28 - 00:04:22:25
he said some Instagram hoax

00:04:22:25 - 00:04:24:27
I wish I was f#ckin'...

00:04:24:28 - 00:04:26:19
I will f#ck him up

00:04:26:19 - 00:04:28:02
Come and do it, you fat little b*tch

00:04:28:02 - 00:04:29:23
all you gotta do is come this...

00:04:29:23 - 00:04:31:03
What do you got? Baseballs here?

00:04:31:03 - 00:04:33:11
I think you are a threat to whoever is in that building...  make a step

00:04:33:11 - 00:04:35:00
What are you going to do with those baseballs?

00:04:35:00 - 00:04:36:04
Make a step and I will drop you the f#ck down

00:04:36:04 - 00:04:38:28
I'm not making any steps, you fat little b*tch

00:04:38:28 - 00:04:41:06
I'm standing here minding my own business.

00:04:41:06 - 00:04:42:20
You got all your people coming around.

00:04:42:20 - 00:04:43:20
Get away from me!

00:04:43:20 - 00:04:44:20
I can handle you myself

00:04:44:27 - 00:04:47:03
just get the f#ck away from me. You're starting a fight.

00:04:47:16 - 00:04:48:11
I'm not altogether.

00:04:48:11 - 00:04:50:20
You come over here with two guys.

00:04:50:20 - 00:04:51:15
he's mad because they fired him

00:04:51:15 - 00:04:55:24
I tell you to step away and you start insulting me, calling me a f@ggot.

00:04:56:01 - 00:04:58:03
You've got baseballs in your pocket. What are you going to do?

00:04:58:03 - 00:04:59:11
Throw those at Elon Musk?

00:04:59:11 - 00:05:01:08
I think his security should be concerned that you're here

00:05:01:08 - 00:05:03:08
you should be worried about if you have balls, period.

00:05:03:08 - 00:05:05:11
You are such a stupid idiot lady.

00:05:05:11 - 00:05:06:12
Get away from me.

00:05:06:12 - 00:05:07:08
worry about if you have balls, period.

00:05:07:08 - 00:05:09:05
I'm not none of these people I will f#ck you up.

00:05:09:05 - 00:05:12:01
You tell me you have an education. You can't even f#cking speak English.

00:05:12:01 - 00:05:13:07
I'm not any of these people I will f#ck you up

00:05:13:07 - 00:05:14:11
So f#ck me up, b*tch

00:05:14:11 - 00:05:15:22
All you got to do is move

00:05:16:06 - 00:05:17:06
Ha, I'm not moving.

00:05:17:06 - 00:05:18:02
You're the one...

00:05:18:02 - 00:05:19:09
I'm gonna leave you out here looking stupid.

00:05:19:09 - 00:05:22:01
Just shut up, you fat little f#cking...

00:05:22:01 - 00:05:22:21
I fight men for a living get it?

00:05:22:28 - 00:05:24:01
Yeah, I'm sure.

00:05:24:01 - 00:05:24:29
long time twenty seven years

00:05:24:29 - 00:05:28:04
You don't look like you could f#cking step up off a toilet without help

00:05:28:04 - 00:05:28:20
I bet you can't

00:05:28:20 - 00:05:30:14
you fat little m*dget. I bet you can't

00:05:30:14 - 00:05:32:28
When you went 600. Pounds, I bet you can't

00:05:32:28 - 00:05:34:25
get the f#ck away from me, you f#cking idiot.

00:05:34:25 - 00:05:35:20
No, I'm gonna f#ck him up

00:05:35:20 - 00:05:36:29
So do it, all talk...

00:05:36:29 - 00:05:39:12
if he moves anywhere near me I'm dropping him

00:05:39:12 - 00:05:40:04
I'm movin'

00:05:40:06 - 00:05:42:14
Ya, as long as you don't come in my space bro we good

00:05:42:14 - 00:05:44:14
B*tch, f#ck off, you came into my space

00:05:44:20 - 00:05:46:20
why would you call me by your mother's first name?

00:05:46:20 - 00:05:48:05
You are so stupid You know that?

00:05:48:05 - 00:05:49:05
stop callin' me your mother, I'm not your mother

00:05:49:05 - 00:05:51:29
You are an ignorant, uneducated, disgusting.

```
00:05:51:29 - 00:05:52:24
Woman.

00:05:53:01 - 00:05:53:18
Stop callin' me your mother

00:05:53:18 - 00:05:55:12
All you can do is insult, you know?

00:05:55:12 - 00:05:56:12
You see what's going on.

00:05:56:12 - 00:05:57:19
You are a reasonable guy.

00:05:57:19 - 00:05:59:29
I'm standing here minding my own business.

00:05:59:29 - 00:06:05:09
This disgusting excuse for a wretch comes over here and starts a problem.

00:06:05:17 - 00:06:07:21
You know what she's doing? She's risking your safety.

00:06:07:21 - 00:06:08:21
What do you think is going to happen.

00:06:08:21 - 00:06:09:25
If a fight starts right here?

00:06:09:25 - 00:06:10:23
it's your safety I'm gonna f#ck you up

00:06:10:23 - 00:06:12:04
Come on. You couldn't.

00:06:12:04 - 00:06:12:24
Yes, you.

00:06:12:24 - 00:06:13:04
Can't.

00:06:13:04 - 00:06:16:00
You were a tiny little fat woman with a big mouth.

00:06:16:00 - 00:06:17:14
let's see what happens

00:06:17:14 - 00:06:18:19
Just shut up you f#ck

00:06:18:19 - 00:06:19:21
people are tired of your mouth.
```

00:06:19:21 - 00:06:21:09
Shut up and you'll be alright

00:06:21:09 - 00:06:24:09
B*tch, I wasn't saying anything until you came over here and created a
comment

00:06:24:09 - 00:06:25:13
Do I look like your mother?

00:06:25:13 - 00:06:26:22
You look like a pile of sh*t.

00:06:26:22 - 00:06:28:25
stop calling me your mother's name.

00:06:28:25 - 00:06:32:16
Just so stupid, so uncreative in your insults with the mask.

00:06:32:16 - 00:06:34:05
Stop callin' me your mother

00:06:34:05 - 00:06:36:18
I was talking to you yesterday about being obese.

00:06:36:18 - 00:06:38:00
you didn't speak to me yesterday

00:06:38:00 - 00:06:40:16
I think I did somebody else.  You were insulting somebody else you were
insulting another woman yesterday

00:06:40:16 - 00:06:42:20
Fat b*tch too get it?

00:06:42:20 - 00:06:46:25
Because you guys are all ignorant, uneducated, fat losers.

00:06:47:05 - 00:06:48:11
Get out of here.

00:06:48:11 - 00:06:50:07
That's why he standing here

00:06:50:07 - 00:06:52:04
he's thirsty because he can't work no more

00:06:52:04 - 00:06:52:29
No, I got a job

00:06:52:29 - 00:06:55:07
he's fired.

```
00:06:56:04 - 00:06:57:16
I'm not fired

00:06:57:16 - 00:06:59:24
they probably kicked him out for mental issues.

00:06:59:24 - 00:07:01:10
Yeah, right.

00:07:01:18 - 00:07:04:01
So where were you educated, you stupid lady?

00:07:04:19 - 00:07:06:19
Because you can't even speak English, Don't try to be my friend.

00:07:06:19 - 00:07:07:16
I'm not trying to be your friend.

00:07:07:16 - 00:07:10:05
I'm trying to figure out what the hell is wrong with you. Don't try to
ask me where I went to school

00:07:10:06 - 00:07:12:29
- I know you didn't- what hospital let you out- just shut up

00:07:12:29 - 00:07:15:22
Shut up, you m*dget moron.

00:07:15:22 - 00:07:18:05
You're part of the reason New York is f#cked up

00:07:18:05 - 00:07:18:25
I'm part of the

00:07:18:25 - 00:07:21:25
reason I do understand how stupid you are.

00:07:21:25 - 00:07:23:03
I'm going to win the fight too.

00:07:23:03 - 00:07:25:10
You f#cking make the wrong move. I'm a win the fight.

00:07:25:20 - 00:07:26:21
Oh, yeah.

00:07:26:22 - 00:07:28:25
You're the one who started this fight.

00:07:29:00 - 00:07:32:17
I was standing here minding my business,

00:07:32:28 - 00:07:35:27
and you came over and you started agitating.
```

00:07:36:08 - 00:07:37:06
Don't stand in a public street.

00:07:37:06 - 00:07:39:01
Why not stand in a public street?

00:07:39:01 - 00:07:41:04
that's it, cause that's what I did stood in a public street

00:07:41:04 - 00:07:43:08
You came over here and started a fight with me

00:07:43:08 - 00:07:45:26
well, I didn't start a fight, no hands were thrown

00:07:46:04 - 00:07:48:19
You started an argument with me by coming over here you started insulting
me

00:07:48:19 - 00:07:49:19
no, you're disrespectful

00:07:49:19 - 00:07:52:26
- Did I come over and start talking to you? - you're disrespectful? -I'm
disrespectful?

00:07:52:26 - 00:07:54:29
I was standing here not speaking to you, you moron.

00:07:54:29 - 00:07:56:25
we didn't say nothin to you and you said something to us

00:07:56:25 - 00:07:59:00
No, you came over here and I said, you just walked over to me

00:07:59:00 - 00:08:00:04
I'm feeling intimidated that

00:08:00:04 - 00:08:01:17
three people have approached me.

00:08:01:29 - 00:08:03:09
Please step away.

00:08:03:09 - 00:08:05:11
And then you started insulting me.

00:08:05:11 - 00:08:07:00
what makes you intimidated that we're minorities?

00:08:07:00 - 00:08:10:06
Three people walked over to me and started creating a problem.

```
00:08:10:23 - 00:08:12:05
you're a f#cking racist on top of everything

00:08:12:05 - 00:08:14:28
You know something? You are such a stupid idiot lady

00:08:21:00 - 00:08:22:17
dumb f#cking b*tch.

00:08:22:17 - 00:08:25:01
- Your mother's a b*tch.  - Yeah, What else you got?

00:08:25:01 - 00:08:29:01
What else you got in that empty skull, you f#cking stupid fat little
b*tch

00:08:29:01 - 00:08:29:28
you're the one calling people b*tches

00:08:29:28 - 00:08:32:10
You came over here and started bothering me.

00:08:32:11 - 00:08:34:20
- You can just f#ck  - I'll be all that.

00:08:34:20 - 00:08:36:09
I'll be all that.

00:08:36:09 - 00:08:38:07
What the f#ck are you even saying?

00:08:38:07 - 00:08:41:12
  You are the stupidest person I've encountered in a long time. your
mother is

00:08:41:14 - 00:08:43:10
Your mother. Oh, my God.

00:08:43:10 - 00:08:44:18
your mother don't love you, too that's the f#ckin' problem

00:08:44:18 - 00:08:45:21
I'm sure you're right.

00:08:45:21 - 00:08:48:13
I'm sure you got it right there. Yes.

00:08:48:13 - 00:08:49:12
ya, ya, ya

00:08:49:12 - 00:08:51:19
See you're telling me all of your problems

00:08:51:28 - 00:08:54:05
```

because you see, you were obviously an idiot.

00:08:54:05 - 00:08:57:06
Sorry. Your mother is. Oh, God, your mother is

00:08:57:12 - 00:08:59:12
You blocking the sidewalk with your fat @ss

00:08:59:12 - 00:09:02:12
That's allight. That's slright.

00:09:02:12 - 00:09:03:03
That's alright.

00:09:03:03 - 00:09:04:20
You can record me all f#cking day

00:09:05:18 - 00:09:06:04
record me ,Äòtil

00:09:06:04 - 00:09:09:26
you're blue in the f#cking face we recorded your retarded @ss too

00:09:17:12 - 00:09:20:05
that's alright that's all he does is...

00:09:20:05 - 00:09:20:26
b*tch..

00:09:21:11 - 00:09:24:27
I was standing here minding my own business and you came over and agitated.

00:09:24:27 - 00:09:25:29
shut the f#ck up

00:09:25:29 - 00:09:28:10
You shut the f#ck up you fat c#nt get lost.

00:09:28:10 - 00:09:32:02
Your mother, your mother... you're very disrespectful to women.

00:09:32:11 - 00:09:33:14
No, I'm disrespectful.

00:09:33:14 - 00:09:37:14
The fat idiots who come over and start bothering me, I'm extremely polite

00:09:37:27 - 00:09:38:29
to women. You're not a woman.

00:09:38:29 - 00:09:43:08
You're a fat, disgusting piece of sh*t who's advancing on me.

00:09:43:08 - 00:09:44:10
who's threatening me...

00:09:44:10 - 00:09:45:11
your mother, because you got...

00:09:45:11 - 00:09:48:07
You got to back up them f#cking words.

00:09:48:07 - 00:09:50:01
What the hell are you talking about you stupid idiot?

00:09:50:01 - 00:09:52:05
You're talkin' because another person would have broke your f#cking mouth
already

00:09:52:06 - 00:09:53:21
Do it, do it.

00:09:53:21 - 00:09:55:20
Come at me, you fat little c#nt!

00:09:55:20 - 00:09:57:14
You're looking for somebody to put their hand on you

00:09:57:14 - 00:09:58:03
cuz you're not man enough to do it

00:09:58:03 - 00:10:01:20
I'm standing here minding my own business get that f#cking pen out of my
face, b*tch.

00:10:01:20 - 00:10:02:25
You're poking me with the pen

00:10:02:25 - 00:10:03:20
yo backup, backup

00:10:03:20 - 00:10:05:01
You just fucking touched me you c#nt

00:10:05:01 - 00:10:09:07
  You get your fucking hands off me, bro. back up, back up, back up, back
up, back up

00:10:09:07 - 00:10:10:11
Push up.

00:10:10:11 - 00:10:11:14
I'm backing up.

00:10:11:14 - 00:10:13:20
Get your fucking hands off of me, bro.

```
00:10:14:04 - 00:10:15:16
Back up, back up, back up, back up

00:10:15:16 - 00:10:17:06
You see this, call the cops

00:10:17:06 - 00:10:18:19
Please this f#ck...

00:10:18:19 - 00:10:20:12
your young friend is going to be arrested

00:10:20:12 - 00:10:21:19
for assault.

00:10:21:19 - 00:10:26:16
no he's not you're disrespectful had no reason to slap a pen in my hand

00:10:27:09 - 00:10:30:04
You were poking it in my face and I pulled it out of your hand

00:10:30:04 - 00:10:31:22
in self-defense.

00:10:31:22 - 00:10:33:28
Just shut up and tell it to the police you dumb b*tch

00:10:34:01 - 00:10:36:26
Make sure you keep that same energy and speak to the police

00:10:36:26 - 00:12:25:06
[911 DISPATCH RETURNED THE CALL INTERUPTING AUDIO RECORDING ON THE PHONE]

00:12:25:06 - 00:12:25:22
being here.

00:12:25:22 - 00:12:27:22
I've been here for two days to give him this letter.

00:12:27:22 - 00:12:28:19
You're free to read it.

00:12:28:19 - 00:12:29:07
Okay.

00:12:29:10 - 00:12:31:27
I'm sitting here minding my own business.

00:12:31:27 - 00:12:34:00
And this woman, where she.

00:12:34:00 - 00:12:37:10
So she was just approaching your car when you came over here?
```

00:12:37:10 - 00:12:39:14
Fat woman in a black jumpsuit.

00:12:39:17 - 00:12:41:14
All right, white woman. This what happened?

00:12:41:14 - 00:12:43:29
A white woman with a

00:12:44:19 - 00:12:47:01
about five foot eleven skinny black male.

00:12:47:01 - 00:12:49:00
 You have to tell me about the assault Walked over here

00:12:49:00 - 00:12:50:21
I'm sitting here for about an hour,

00:12:50:21 - 00:12:52:28
minding my own business, quietly, not talking to anyone.

00:12:53:11 - 00:12:58:07
They came over and stand closer than he is to me and just stood there.

00:12:58:15 - 00:13:00:20
Yeah. And I said, Can I help you? Yeah.

00:13:00:26 - 00:13:03:02
And they said, We're just minding our own business.

00:13:03:02 - 00:13:05:04
And I said, Well, you're you're intimidating me

00:13:05:04 - 00:13:07:06
standing this close to me because I was here yesterday

00:13:07:06 - 00:13:09:24
and they were yelling at me and creating all kinds of problems. Okay.

00:13:10:02 - 00:13:12:15
And she said, Well, you can f#cking leave if you don't like it.

00:13:12:15 - 00:13:14:25
And I said, Well, can you please back up?

00:13:14:25 - 00:13:15:24
And they refused.

00:13:15:24 - 00:13:18:07
So a verbal argument ensued.

00:13:18:07 - 00:13:23:14
She's insulting me with the most juvenile, idiotic nonsense you can imagine.

00:13:23:14 - 00:13:26:07
Okay, then she comes over you disrespecting women,

00:13:26:07 - 00:13:27:12
and she's got a pen in her hand

00:13:27:12 - 00:13:31:17
and she's sticking it in my face, dangerously close to poking me in the
eye.

00:13:31:18 - 00:13:31:29
Okay.

00:13:31:29 - 00:13:35:11
So I simply grabbed the pen out of her hand and threw the pen down.

00:13:35:11 - 00:13:36:15
I did not attack her.

00:13:36:15 - 00:13:37:18
I did not grab her.

00:13:37:18 - 00:13:39:19
I did not touch her. Okay.

00:13:39:19 - 00:13:43:10
Then the black male grabbed me by the neck.

00:13:43:10 - 00:13:48:06
I'm standing right here and he says back up and pushed me back into this
wall.

00:13:48:06 - 00:13:49:13
All these people witnessed.

00:13:49:13 - 00:13:53:03
It started choking me, hard to strangle me.

00:13:53:15 - 00:13:55:18
I'd like him to be arrested for assault.

00:13:55:18 - 00:13:56:07
Okay?

00:13:56:09 - 00:13:58:07
And I just did nothing.

00:13:58:07 - 00:14:00:10
I called you as soon as that happened.

00:14:00:20 - 00:14:02:28
They stayed here. This guy was part of it.

00:14:02:28 - 00:14:05:27
That third guy with the hat came over and was intimidating me.

00:14:06:00 - 00:14:08:11
I said, Can you guys please back up?

00:14:08:18 - 00:14:10:20
I'm feeling intimidated.

00:14:10:20 - 00:14:13:15
You came over with the two of them, please.

00:14:13:29 - 00:14:14:19
All right.

00:14:14:19 - 00:14:16:25
He was part of it. He's lying to you right now.

00:14:16:25 - 00:14:19:11
So he's just lied to law enforcement. All right. Relax.

00:14:19:12 - 00:14:21:12
You're saying that he all he said was he talked to.

00:14:21:12 - 00:14:22:13
You know what I'm saying?

00:14:22:13 - 00:14:22:28
No, no, no.

00:14:22:28 - 00:14:25:25
I'm saying I'm saying he didn't assault you so he doesn't have to stand
here.

00:14:25:27 - 00:14:28:23
As I understand assault when I speak to attorneys it's when...

00:14:28:25 - 00:14:30:23
  How are you doing sir? uh, hi how ya doing?

00:14:30:23 - 00:14:33:11
I'm Lieutenant Ebriham, from the 10th precinct you're recorded right now.

00:14:33:14 - 00:14:35:00
And I'm recording you Lieutenant

00:14:35:00 - 00:14:37:04
  Alright Thank you for coming So can you tell me what happened?

00:14:37:12 - 00:14:41:19
Yes. I was sitting here for over an hour, minding my own business,

00:14:41:19 - 00:14:43:06
quietly looking at my phone.

00:14:43:06 - 00:14:47:17
I'm waiting here to hand this letter to Elon Musk.

00:14:47:17 - 00:14:51:21
When he walks out, it contains information that I want him to have.

00:14:51:27 - 00:14:52:12
Okay.

00:14:52:12 - 00:14:55:03
These individuals, I understand, are his security team.

00:14:55:03 - 00:14:56:10
That is Twitter.

00:14:56:10 - 00:14:58:29
He is in there. And I came here yesterday.

00:15:00:01 - 00:15:01:01
They were here.

00:15:01:01 - 00:15:01:09
Okay.

00:15:01:09 - 00:15:03:21
And there was a verbal altercation as well.

00:15:03:21 - 00:15:06:10
I don't know what their problem is with me. I wasn't bothering them.

00:15:06:18 - 00:15:08:03
I'm just photographing the building.

00:15:08:03 - 00:15:10:13
They're part of his security team. I don't think they are.

00:15:10:13 - 00:15:14:19
I think this SUV and this Tesla and the individuals in it

00:15:15:01 - 00:15:16:28
are part of his security. That's my presumption.

00:15:16:28 - 00:15:17:23
I don't know.

00:15:17:23 - 00:15:21:11
They just appear to be Elon Musk fans who want to take a picture of him.

00:15:21:17 - 00:15:21:25
Okay.

00:15:21:25 - 00:15:23:28
  DId you call 911 sir? I did Ok, ok

00:15:24:04 - 00:15:25:19
And what you say to them?

00:15:25:19 - 00:15:32:03
So I was sitting here and for over an hour and then that guy in the
sweatpants

00:15:32:03 - 00:15:35:25
with the skulls and that woman who's talking to your officers

00:15:35:25 - 00:15:39:07
came over with the guy in the hat who just lied to you.

00:15:39:17 - 00:15:40:20
And the three of them.

00:15:40:20 - 00:15:44:01
I'm sitting here and the three of them stand there,

00:15:44:01 - 00:15:46:25
they're in there and I just said, Can I help you?

00:15:47:03 - 00:15:49:10
And they started talking crap.

00:15:49:10 - 00:15:50:23
And I said, Well, you're intimidating.

00:15:50:23 - 00:15:53:02
He's standing as close to me. Do you mind backing up?

00:15:53:16 - 00:15:57:10
And they start saying, you know, fuck, you leave if you don't like it,
etc., etc.

00:15:57:20 - 00:15:59:26
We get into a back and forth argument.

00:15:59:26 - 00:16:01:20
They keep escalating it.

00:16:01:20 - 00:16:04:25
The woman has a pen in her hand and she's pointing the pen at me

00:16:04:25 - 00:16:06:18
like you are disrespecting women

00:16:06:18 - 00:16:09:23
and pointing the pen right in my face, dangerously close to poke him in
the eye.

00:16:10:04 - 00:16:13:16
So I just grabbed the pen out of her hand, didn't touch her, didn't grab

00:16:13:16 - 00:16:15:03
her, threw the pen on the ground.

00:16:15:03 - 00:16:17:03
He slap. It did not slap.

00:16:17:03 - 00:16:20:09
I was very cognizant of not wanting to escalate the incident,

00:16:20:09 - 00:16:22:16
but also not wanting to get poked in the eye with a pen.

00:16:23:04 - 00:16:27:17
So I grabbed the pen out of her hand and then the black male in the skull
pants

00:16:27:27 - 00:16:30:21
put his hand around my throat and squooze

00:16:30:21 - 00:16:34:29
hard to strangle me while pushing me back into these doors.

00:16:34:29 - 00:16:37:05
He assaulted me and I'd like him to be arrested.

00:16:38:13 - 00:16:39:05
Sorry to bother you did you see what happened?

00:16:39:05 - 00:16:40:09
What exactly he did?

00:16:40:15 - 00:16:42:19
He strangled me.

00:16:42:19 - 00:16:44:16
Okay. All right.

00:16:44:19 - 00:16:46:14
And pushed me into the door.

00:16:46:14 - 00:16:49:21
  any cameras or did you record it? I do believe I have some of it.

00:16:50:02 - 00:16:52:23
And let me see if I can get it

00:16:54:25 - 00:16:56:10
smiling.

00:16:58:12 - 00:16:59:20
This is not how this works.

00:16:59:20 - 00:17:01:24

You guys look at evidence, you determine that I hit someone.

00:17:01:24 - 00:17:02:21
Where did you see that?

00:17:02:21 - 00:17:04:10
There's no evidence that you got choked either

00:17:04:19 - 00:17:06:08
So what do you mean, evidence?

00:17:06:12 - 00:17:10:04
You guys didn't see me getting choked?  Tesla security.

00:17:10:04 - 00:17:11:25
These people all saw me getting choked.

00:17:11:25 - 00:17:14:12
So now you're accusing me of lying. Sir? Listen.

00:17:14:24 - 00:17:17:22
Listen, I understand that you're upset we're

00:17:18:12 - 00:17:19:25
Nobody's yelling at you.

00:17:19:25 - 00:17:21:25
You're yelling at us. You're just. We're just trying to.

00:17:21:26 - 00:17:25:00
This guy has been completely unprofessional and disrespect.

00:17:25:03 - 00:17:25:17
All right.

00:17:25:26 - 00:17:26:22
Look at that laughing.

00:17:26:22 - 00:17:28:24
You see, he's demonstrating exactly what I'm saying.

00:17:28:25 - 00:17:31:01
I'm a crime victim and the police are laughing at me.

00:17:31:12 - 00:17:32:08
Nobody's laughing.

00:17:32:08 - 00:17:33:17
He just laughed at me.

00:17:33:17 - 00:17:35:10
You're lying to me. I don't want to talk to you.

00:17:35:10 - 00:17:36:22

Just do what you're doing.

00:17:36:22 - 00:17:37:12
Do what you're doing.

00:17:37:12 - 00:17:39:13
If you're going to press charges, then I want to talk to you.

00:17:39:13 - 00:17:42:12
If you're going to laugh at me and act unprofessional like Castro,

00:17:42:16 - 00:17:44:05
then I don't want the police here.

00:17:44:05 - 00:17:45:06
But if you're going to arrest him

00:17:45:06 - 00:17:47:10
and you're going to protect people, uphold the law, you can't.

00:17:47:10 - 00:17:48:05
Choose who you want to talk to

00:17:48:05 - 00:17:51:29
I would like to press charges against the guy who just strangled me.

00:17:52:22 - 00:17:53:04
Okay.

00:17:53:04 - 00:17:54:26
I understand that

00:17:54:26 - 00:17:57:01
but you don't need to be argumentative in the meantime.

00:17:57:01 - 00:17:57:24
Oh, okay.

00:17:57:24 - 00:18:00:01
So when the police laugh at me, just.

00:18:00:01 - 00:18:01:11
All right, what would you like to say to me?

00:18:03:01 - 00:18:05:06
I would like to not be as argumentative.

00:18:05:07 - 00:18:06:12
I'm trying to figure out what.

00:18:06:12 - 00:18:09:13
What's going on right ok.

00:18:10:24 - 00:18:13:08

Are you hurt?

00:18:13:08 - 00:18:14:27
What do you mean by that question?

00:18:14:27 - 00:18:16:11
I don't need an ambulance.

00:18:16:11 - 00:18:16:29
Okay.

00:18:16:29 - 00:18:20:15
Do you have pain?

00:18:20:15 - 00:18:21:26
What are we trying to get to?

00:18:21:26 - 00:18:23:12
The guy strangled me now.

00:18:23:12 - 00:18:25:15
It was not extensive. I'm not.

00:18:25:19 - 00:18:26:07
Sir, this is protocol we have to ask you these questions

00:18:26:07 - 00:18:28:28
No I am not experiencing pain right now.

00:18:28:29 - 00:18:30:12
Okay. Did you experience pain when it happened?

00:18:30:12 - 00:18:33:05
Yes. And great intimidation. I thought I was going to be killed.

00:18:33:05 - 00:18:35:28
There was people coming up to me while this guy you.

00:18:36:05 - 00:18:38:07
Thank you, said you were assaulted. You have to.

00:18:38:07 - 00:18:40:05
When somebody assaulted that means they're in pain.

00:18:40:05 - 00:18:40:20
So that's why I'm.

00:18:40:20 - 00:18:43:25
Asking you this is a problem that a lot of NYPD officers have,

00:18:43:25 - 00:18:46:27
because when I read the statute and speak to lawyers,

00:18:46:27 - 00:18:51:06

okay, assault is when you cause someone to feel that they are

00:18:51:06 - 00:18:55:19
in immediate threat of bodily harm or attempt to injure them.

00:18:55:19 - 00:18:56:02
that's not what assault means

00:18:56:02 - 00:18:59:29
The police seem to think that you need an injury

00:18:59:29 - 00:19:02:24
that requires going to the hospital in order for something to be assault.

00:19:02:24 - 00:19:03:10
that's not what I'm explaining

00:19:03:10 - 00:19:04:14
And that's not correct.

00:19:04:14 - 00:19:06:10
  Okay.  What are you explaining? Thank you for explainig the law

00:19:06:10 - 00:19:11:14
But I'm also going to explain to you the law to have to be a victim of an assault

00:19:11:14 - 00:19:14:27
and arrest someone for an assault, there has to be a complaint of pain.

00:19:15:04 - 00:19:16:12
So which is why I'm asking you.

00:19:16:12 - 00:19:17:13
And then you're being argumentative.

00:19:17:13 - 00:19:19:14
Saying saying that you don't need that.

00:19:19:14 - 00:19:20:10
So, you do

00:19:20:10 - 00:19:21:26
Okay. So did you...

00:19:21:26 - 00:19:24:03
Do, I don't, I do... What?

00:19:24:03 - 00:19:25:00
What did you just say?

00:19:25:00 - 00:19:27:14
I don't need an ambulance, is what said

00:19:27:14 - 00:19:31:13
I was experiencing pain when the guy's hand was around my neck.

00:19:31:13 - 00:19:34:05
  At this moment, I am not okay. That was my.

00:19:34:10 - 00:19:36:14
 My line of questioning. Okay and you're being argumentative.

00:19:36:14 - 00:19:37:09
You stopped breathing.

00:19:38:09 - 00:19:39:28
When his hand was around my neck.

00:19:39:28 - 00:19:41:01
Did I stop breathing?

00:19:41:01 - 00:19:43:06
I said, he's choking me. Call the police.

00:19:43:07 - 00:19:45:07
These people definitely heard me say that.

00:19:45:07 - 00:19:47:01
  Sir and saw him choking me.

00:19:47:01 - 00:19:50:01
  yes or no? I can't remember.  Oh, okay.

00:19:50:01 - 00:19:52:06
I like I'm just trying to figure it out.

00:19:52:06 - 00:19:54:28
And every question you're asking me, what I mean, what does that mean?

00:19:55:04 - 00:19:57:29
Because the questions are vague and these answers are going to become part

00:19:57:29 - 00:19:59:01
of the police report.

00:19:59:01 - 00:20:00:29
And I'm going to be taking the police report.

00:20:00:29 - 00:20:04:24
And you're being super rude to me when I'm just asking you what what happened.

00:20:06:04 - 00:20:06:14
Right.

00:20:06:14 - 00:20:09:17

I'm telling you, I got strangled and all of your officers told me

00:20:09:17 - 00:20:11:16
there's no evidence of that. I didn't get strangled.

00:20:11:16 - 00:20:12:23
I hit the guy first.

00:20:12:23 - 00:20:15:29
So when you tell me I'm being rude, it's because a bunch of officers just came up

00:20:15:29 - 00:20:19:19
to me, laughed at me after I was intimidated by a crowd.

00:20:19:19 - 00:20:20:15
Yes, I understand.

00:20:20:15 - 00:20:24:08
But as a crime victim, all of these uniforms, you're all cops.

00:20:24:08 - 00:20:27:28
I'm not like, oh, this nice lady, this unprofessional guy laughing at me.

00:20:28:04 - 00:20:32:09
The cops came over and started laughing at me after I was attacked by a mob.

00:20:32:17 - 00:20:35:13
So I'm sorry if you think I'm being rude and I'm excited,

00:20:35:20 - 00:20:37:19
but this is what it's like to be a crime victim

00:20:37:19 - 00:20:41:29
when the cops are uncooperative after two years of the cops being totally uncooperative

00:20:41:29 - 00:20:43:15
well, then you, then don't lump me in

00:20:43:15 - 00:20:45:23
with the past years, but I'm trying to figure out now.

00:20:45:23 - 00:20:49:19
But I'm asking you specific pointed questions, which is

00:20:50:14 - 00:20:52:21
I have to figure out to do my investigation.

00:20:52:21 - 00:20:53:19
And you didn't wanna, and you're just...

00:20:53:19 - 00:20:56:01

What is the question ask it?  No, I, I already did.

00:20:56:01 - 00:20:58:01
But I'm saying this is like

00:20:58:01 - 00:21:01:24
you don't have to give me a lesson on the law and what questions to ask
you.

00:21:02:05 - 00:21:02:14
Right.

00:21:03:26 - 00:21:04:09
Okay.

00:21:04:09 - 00:21:05:25
Who sent [inaudible]?

00:21:05:25 - 00:21:08:04
But you're telling me getting strangled is not assault

00:21:08:04 - 00:21:09:08
 uhm...  who sent? Adam?

00:21:09:08 - 00:21:10:13
Adam [inaudible]

00:21:10:13 - 00:21:12:10
we got the job [inaudible]

00:21:12:10 - 00:21:13:07
Who got the job?

00:21:13:07 - 00:21:14:09
We did

00:21:14:09 - 00:21:27:18
[inaudible]

00:21:30:18 - 00:21:31:27
Sir, you have an ID on you?

00:21:32:12 - 00:21:33:03
Yes

00:21:36:26 - 00:21:38:08
sir, can I have your ID please

00:21:38:08 - 00:21:39:23
I'm giving it to this guy hang on a second

00:21:50:21 - 00:21:51:25
Lieutentant, I'm sorry...

00:21:59:21 - 00:22:03:17
Can one of you officers please speak to me for a moment?

00:22:03:17 - 00:22:05:28
Gentlemen, can an officer speak to me for a moment, please?

00:22:05:28 - 00:22:09:24
The officers that's gonna write you the summonses they'll sure explain
everyting to you, ok?

00:22:09:24 - 00:22:11:12
I'm not asking to explain anything.

00:22:11:12 - 00:22:12:20
Lieutenant, can I speak to you for a second?

00:22:12:20 - 00:22:13:12
Alright, sure.

00:22:14:01 - 00:22:16:05
So I'd like you to please ask her.

00:22:16:05 - 00:22:20:25
Was I or was I not sitting here minding my own business when they came
over?

00:22:21:04 - 00:22:23:05
Okay, well, at this time.

00:22:23:17 - 00:22:26:00
At this time, you guys had a fight, obviously.

00:22:26:02 - 00:22:27:28
Both of you. Okay?

00:22:27:28 - 00:22:31:14
I don't know who's at fault, who's who started, who's not, so both

00:22:31:14 - 00:22:33:22
of you going to get a, a, a, a criminal court

00:22:33:22 - 00:22:34:23
summonses right now.

00:22:34:23 - 00:22:37:01
And you going to talk to the judge and explain it to him

00:22:37:01 - 00:22:38:01
  that's ridiculous what's happened

00:22:38:01 - 00:22:39:08
That's ridiculous.

00:22:39:08 - 00:22:42:00

So I get strangled and now you're summoning me to court

00:22:42:05 - 00:22:44:23
You're not, you did not, you did not get strangled. I don't see, you
didn't have a video from here.

00:22:44:23 - 00:22:46:25
I didn't see you get strangled, sir.

00:22:46:25 - 00:22:47:29
What about the witnesses?

00:22:47:29 - 00:22:50:10
  Excuse me?  What witnesses? You saw me getting strangled.

00:22:51:01 - 00:22:52:22
  You saw them choking and attacking me. I was looking at what's going on
right here

00:22:53:24 - 00:22:55:29
I said no witnesses here, so I asked them

00:22:56:29 - 00:22:57:23
bull sh*t.

00:22:57:23 - 00:22:58:19
You were turned around.

00:22:58:19 - 00:23:00:07
I saw the guy looking at me,

00:23:02:16 - 00:23:05:14
so I got attacked on the street and the police give me a summons

00:23:12:28 - 00:23:15:00
Let's pull the security footage from the building.

00:23:15:00 - 00:23:17:00
You'll see the guy strangle me.

00:23:17:00 - 00:23:19:16
Do some investigating. You're the police.

00:23:19:16 - 00:23:20:23
I don't have the video.

00:23:20:23 - 00:23:23:22
Sir, I did. My investigation concluded, that...

00:23:23:24 - 00:23:25:08
  Sorry You guys had a...

00:23:25:08 - 00:23:27:18
  Apparently has a fight you slap her... What investigation? you slap her

00:23:27:18 - 00:23:29:28
 You slap her... her, her, her No, I didn't slap her.

00:23:29:28 - 00:23:31:28
and he whatever have pushed you.

00:23:31:28 - 00:23:33:06
 He strangled me! that's what I saw in the video.

00:23:33:06 - 00:23:35:06
 He strangled me! I didn't see it on the camera sir

00:23:35:06 - 00:23:38:03
obviously he strangled me and the camera turned away.

00:23:38:03 - 00:23:39:26
Go get some other surveillance footage

00:23:39:26 - 00:23:41:21
Sir, I, I didn't see it on the camera.

00:23:41:21 - 00:23:42:29
 There, there, there is a person... Oh you know what just give me the
summons

00:23:42:29 - 00:23:44:29
Give me my ID and just get out of here, man.

00:23:44:29 - 00:23:47:18
 You guys  okay You're totally ineffective. You know that

00:23:48:23 - 00:23:51:02
it's a disgrace the way you conduct police work

00:23:51:02 - 00:23:53:15
and you're, you're also two hundred pounds overweight.

00:23:54:00 - 00:23:54:20
It's disgrace.

00:23:54:20 - 00:23:56:23
You guys should be like professional athletes

00:23:56:23 - 00:23:57:25
thank you sir

00:23:57:25 - 00:24:01:17
instead of professional donut eaters who can't do a G-dd@mn thing.

00:24:02:03 - 00:24:03:00
Thank you, sir.

00:24:03:04 - 00:24:07:22

Thank you for making this city a hellhole and for protecting criminals.

00:24:07:22 - 00:24:09:05
I was strangled.

00:24:09:05 - 00:24:11:02
I was assaulted by three people.

00:24:11:02 - 00:24:12:10
They got to go in front of the judge, sir.

00:24:12:10 - 00:24:13:29
And don't discuss that

00:24:13:29 - 00:24:14:14
dude...

00:24:15:02 - 00:24:16:11
You are a disgrace.

00:24:16:11 - 00:24:19:14
The work the NYPD is doing is disgraceful.

00:24:19:22 - 00:24:21:24
You're making this city less safe.

00:24:21:24 - 00:24:22:25
Thank you, sir.

00:24:23:00 - 00:24:24:05
Thank you for nothing.

00:24:24:23 - 00:24:25:08
appreciate it

00:24:25:08 - 00:24:25:22
So now.

00:24:25:22 - 00:24:29:27
Now what happens is the next time I get assaulted, why would I call the police?

00:24:29:27 - 00:24:31:20
I'm just going to get a summons to court.

00:24:31:20 - 00:24:33:04
And what am I being summoned for?

00:24:33:04 - 00:24:34:26
Sir, I cannot prove it.

00:24:34:26 - 00:24:36:09
What am I being summoned for?

00:24:36:09 - 00:24:38:13
You didn't conduct any kind of investigation.

00:24:38:13 - 00:24:40:27
all I see he pushed you, and you, you slapped her her, from her hand

00:24:41:03 - 00:24:43:13
  it was all recorded on the camera You know what, what am I being summoned for?

00:24:43:14 - 00:24:44:01
What am I being summoned for?

00:24:44:01 - 00:24:46:21
It's not all recorded by the camera, Ebrahim.

00:24:46:21 - 00:24:49:18
Lieutenant, it's pointing at the ground half the time.

00:24:50:01 - 00:24:51:13
You know you're a f#cking idiot

00:24:54:10 - 00:24:56:05
you f#cking son of a b*tch

00:24:58:19 - 00:25:00:03
f#cking @ssholes

00:25:12:09 - 00:25:16:29
I don't understand how so many stupid people can become cops.

00:25:16:29 - 00:25:19:17
I didn't see it on the video.

00:25:21:10 - 00:25:23:05
F#cking @ssholes.

00:25:23:22 - 00:25:25:21
No point in calling the NYPD. They should.

00:25:25:21 - 00:25:27:00
They should defund the police.

00:25:27:00 - 00:25:29:04
You guys are doing worse than nothing.

00:25:29:04 - 00:25:31:15
The park is a wreck filled with drugs.

00:25:32:05 - 00:25:35:06
You idiots sit around texting, waiting to collect your pensions.

00:25:35:20 - 00:25:36:22
I'm getting assaulted.

00:25:36:22 - 00:25:38:19
You come over here and you give me a summons.

00:25:38:19 - 00:25:40:13
It's a f#cking disgrace.

00:25:42:25 - 00:25:45:12
You should all be ashamed of yourselves

00:25:45:12 - 00:25:46:11
I don't want to give too much.

00:25:46:11 - 00:25:48:25
Your time is good I'll give you the summary.

00:25:54:09 - 00:25:54:29
It's pathetic.

00:25:54:29 - 00:25:58:24
The work you do in the city would be safer if all of you were unemployed.

00:26:02:07 - 00:26:04:17
You really should be disgusted with yourself.

00:26:04:17 - 00:26:05:26
Because I'm disgusted with you.

00:26:07:07 - 00:26:08:07
How can you be a cop?

00:26:08:07 - 00:26:08:20
What do you weigh?

00:26:08:20 - 00:26:09:25
threee hundred pounds?

00:26:14:09 - 00:26:15:26
You know, it's a bad example

00:26:15:26 - 00:26:18:00
to set for the other police officers...

00:26:19:21 - 00:26:21:00
and it's bad for your health.

00:26:21:00 - 00:26:23:26
You could have a heart attack at any minute.

00:26:24:01 - 00:26:26:13
You're a disgrace, Lieutenant.

00:26:28:26 - 00:26:30:26
Unable to protect the citizens of New York.

00:26:30:26 - 00:26:32:14
You're not got to move out of this sh*thole.

00:26:32:14 - 00:26:36:02
I pay so much in taxes and you idiots come over

00:26:36:02 - 00:26:38:04
and summon me for getting strangled.

00:26:38:04 - 00:26:39:28
Sir, you don't have to curse at us

00:26:39:28 - 00:26:41:00
I'm not cursing at you.

00:26:41:00 - 00:26:43:22
I'm explaining how incompetent. How unprofessional.

00:26:43:25 - 00:26:44:21
That's, that's...

00:26:44:21 - 00:26:45:21
totally unprofessional.

00:26:45:21 - 00:26:48:01
So you think you just conducted a police investigation?

00:26:48:06 - 00:26:51:25
I get attacked and the camera gets pointed away from the attack.

00:26:51:25 - 00:26:53:06
I don't see any, any...

00:26:53:06 - 00:26:54:00
Right, right...

00:26:54:01 - 00:26:55:14
He did, he did push you.

00:26:55:14 - 00:26:56:27
  He strangled me! that's why he's get...

00:26:56:27 - 00:26:58:24
  Don't advance me, please, officer. sorry I didn't see any strangling
sir

00:26:58:24 - 00:27:01:17
Just give me my driver's license back so I can go home.

00:27:01:17 - 00:27:02:09
  Please. ok

00:27:02:26 - 00:27:04:27

It's probably going to take an hour to write this up

00:27:06:10 - 00:27:06:24
right?

00:27:06:24 - 00:27:08:03
No, doesn't take that long, don't worry

00:27:08:03 - 00:27:09:13
they're halfway done by now

00:27:09:26 - 00:27:10:25
We'll give you your ID and your summons...

00:27:10:25 - 00:27:11:26
Where's Castro?

00:27:11:26 - 00:27:13:12
  How do we, you're Castro! that's me, c'mon

00:27:13:12 - 00:27:15:24
See, I can't tell you guys apart with the blue suits

00:27:15:24 - 00:27:17:01
So they train me to be a...

00:27:17:01 - 00:27:18:06
You can't tell me apart? I don't even look like anybody here

00:27:18:06 - 00:27:21:11
  you're wearing a blue suit  Castro, Castro with your head popping
out...

00:27:21:11 - 00:27:23:25
So you're you're you're into intimidating crime

00:27:23:25 - 00:27:26:04
victims and laughing in their faces, is that right?

00:27:26:12 - 00:27:28:07
Do they train you in that at the academy?

00:27:28:07 - 00:27:29:27
Sir, you were here yesterday? You were here yesterday?

00:27:29:27 - 00:27:31:16
I don't want to answer any more questions.

00:27:31:16 - 00:27:34:09
I want you to give me my I.D. back, and I'd like you to step away from
me.

00:27:34:09 - 00:27:35:22
I'm feeling intimidated by you.

00:27:35:22 - 00:27:36:08
Intimidated?

00:27:36:08 - 00:27:36:24
Yeah.

00:27:36:24 - 00:27:38:07
Sure, I'll step away.

00:27:38:07 - 00:27:38:23
Thanks.

00:27:41:01 - 00:27:42:00
And you should retrain.

00:27:42:00 - 00:27:45:13
Castro, laughing at a crime victim and antagonizing people

00:27:45:13 - 00:27:48:05
is incredibly unprofessional behavior.

00:27:48:24 - 00:27:49:28
Totally unprofessional.

00:27:49:28 - 00:27:51:19
What does he? Fifteen?

00:27:54:27 - 00:28:05:11
[inaudible]

00:28:05:11 - 00:28:07:27
I don't have to curse at you. I can do whatever I want.

00:28:07:27 - 00:28:10:26
You guys don't have to give me a summons for getting attacked in the
street.

00:28:11:21 - 00:28:13:09
  This is incompetent. You attacked her

00:28:13:09 - 00:28:14:11
  I did not attack her. You attacked her

00:28:14:11 - 00:28:16:13
  I did not attack her I saw in the video, sir.

00:28:16:13 - 00:28:19:01
  No, she was wagging a pen in my face it was on the video

00:28:19:01 - 00:28:20:20
In your OWN video I saw it.

00:28:20:20 - 00:28:22:27

So don't tell me about it I don't think you understand what you're
looking at.

00:28:22:27 - 00:28:24:10
You seem like a terrible cop.

00:28:24:10 - 00:28:26:25
How did you get that white shirt? thank you sir

00:28:26:25 - 00:28:28:25
She's wagging a pin in my face.

00:28:28:25 - 00:28:29:08
So what?

00:28:29:08 - 00:28:31:14
When did I attack her exactly, Ebrahim?

00:28:32:05 - 00:28:34:09
When did I attack her? You just made an accusation.

00:28:34:09 - 00:28:37:13
Please explain when and how did I attack her?

00:28:39:20 - 00:28:41:25
This is the incompetence of the NYPD.

00:28:42:00 - 00:28:44:14
When and how did I attack her? According to you.

00:28:45:26 - 00:28:47:08
Now you don't want to talk.

00:28:49:17 - 00:28:51:04
This is a disgrace.

00:28:51:17 - 00:28:54:11
You are a disgrace to the NYPD.

00:28:54:11 - 00:28:55:12
You know that?

00:28:59:14 - 00:29:01:00
you're incompetent, sir

00:29:01:00 - 00:29:02:01
thank you sir

00:29:03:03 - 00:29:04:11
When did I attack her?

00:29:04:11 - 00:29:06:04
Why won't you answer the question?

00:29:06:28 - 00:29:08:23
Because you know that I didn't attack her

00:29:08:23 - 00:29:11:14
That's a stupid comment that you made.

00:29:14:20 - 00:29:15:24
Pathetic!

00:29:15:24 - 00:29:16:13
Pathetic.

00:29:16:13 - 00:29:20:28
There is no protection from the NYPD in this city, only intimidation

00:29:21:18 - 00:29:23:03
antagonization...

00:29:23:22 - 00:29:25:25
Castro laughing in my face.

00:29:25:25 - 00:29:27:01
That's disgraceful.

00:29:29:23 - 00:29:32:11
This is your crew. It's a disgrace.

00:29:32:11 - 00:29:35:14
And it makes sense because you are too.

00:29:36:19 - 00:29:39:19
you are shameful in your execution of your duties, sir

00:29:41:25 - 00:29:43:07
You have now demonstrated

00:29:43:07 - 00:29:45:18
that I'm safer if I don't call the police.

00:29:47:09 - 00:29:49:18
You're worse than ineffective.

00:29:52:07 - 00:29:54:04
And now you're going to jam up the court

00:29:55:06 - 00:29:57:00
with me, going to court for a

00:29:57:00 - 00:29:58:23
summons for being attacked.

00:30:00:07 - 00:30:01:09
It's really bad.

00:30:03:07 - 00:30:05:24
Elon Musk's security guard was looking right at me.

00:30:05:24 - 00:30:09:04
I looked him in the face and said, Call 911, this guy is choking me.

00:30:11:02 - 00:30:11:18
Don't call the

00:30:11:18 - 00:30:14:04
police if you get attacked, they're going to give you a summons.

00:30:14:17 - 00:30:16:01
The city is totally unsafe

00:30:16:01 - 00:30:18:28
because of these incompetent, unprofessional individuals.

00:30:20:07 - 00:30:22:21
They have given criminals a blank check

00:30:22:21 - 00:30:24:28
to attack you and anybody else in New York.

00:30:26:03 - 00:30:28:01
They should all be ashamed of themselves.

00:30:28:01 - 00:30:29:13
You should resign, Ebrahim.

00:30:29:13 - 00:30:32:12
You know that you and Eric Adams,

00:30:32:25 - 00:30:35:04
you suck at your job.

00:30:37:26 - 00:30:40:27
You're making this city less safe by pretending to...

00:30:40:27 - 00:30:43:05
Oh, maybe this is left over from last night.

00:30:43:05 - 00:30:45:14
Is that your Halloween costume?

00:30:46:18 - 00:30:51:07
Because I can't imagine they're giving such incompetent fatsoes police
uniforms.

00:30:57:21 - 00:30:59:17
And you tricked me, by the way...

00:31:01:09 - 00:31:02:11
you're such a deceptive,

00:31:02:11 - 00:31:03:23
disgusting individual

00:31:10:18 - 00:31:11:26
nobody is safe in New York

00:31:11:26 - 00:31:14:07
and the police are actually more dangerous than the criminals

00:31:15:18 - 00:31:16:27
It's really, really upsetting.

00:31:16:27 - 00:31:17:21
Realization

00:31:20:28 - 00:31:22:20
How long does it take to copy my address?

00:31:22:20 - 00:31:23:21
What's going on?

00:31:23:21 - 00:31:24:25
They're workin' on it sir

00:31:24:25 - 00:31:25:17
Ya, they are

00:31:25:17 - 00:31:28:03
I mean, it's like, you know, if they have a third grade education.

00:31:28:03 - 00:31:31:13
  They have to do a security check on you.... Right, Right... on your
name

00:31:31:22 - 00:31:33:28
See if you have any, any warrants on you

00:31:34:21 - 00:31:35:23
so that's the standard procedure

00:31:36:02 - 00:31:36:23
I'm sure

00:31:36:23 - 00:31:39:20
So bear with me sir, and we'll be with you shortly

00:31:40:02 - 00:31:40:24
Sorry. What?

00:31:40:24 - 00:31:41:19
You gotta be bear with me

00:31:41:19 - 00:31:44:10

surely they're going to give you instructions.

00:31:44:10 - 00:31:45:22
on how to respond to the summons

00:31:46:02 - 00:31:47:27
Instructions for how to respond to the summons?

00:31:47:27 - 00:31:49:13
Yeah, unbelievable.

00:31:49:13 - 00:31:51:27
So when people call the police after being strangled,

00:31:51:27 - 00:31:53:12
the police come and give you a summons.

00:31:53:12 - 00:31:56:13
I was just attacked here moments ago, and these incompetent

00:31:56:13 - 00:32:00:07
Police officers are letting the criminals go while they give me a ticket

00:32:04:10 - 00:32:05:25
10th precinct of course

00:32:08:05 - 00:32:11:03
Be careful in New York, because when you get strangled

00:32:11:03 - 00:32:13:18
and attacked and call the police, they are going to come

00:32:13:18 - 00:32:15:26
and give you a summons and let the criminals go.

00:32:16:27 - 00:32:18:08
You're looking at incompetent

00:32:18:08 - 00:32:19:29
NYPD officers right here.

00:32:37:27 - 00:32:39:19
You know, last time I was assaulted, it took them

00:32:39:19 - 00:32:41:17
almost a week to file the report.

00:32:43:07 - 00:32:44:22
Probably written in crayon.

00:32:44:22 - 00:32:45:26
I wasn't there so...

00:32:45:26 - 00:32:48:08

No, I know you weren't there, but you were taken two weeks I can't comment on that

00:32:51:27 - 00:32:53:05
a dozen pizzas

00:32:55:00 - 00:32:55:21
 a lot of beer...

00:32:55:21 - 00:32:56:25
I'm sure

00:33:00:27 - 00:33:02:18
that maybe you're drunk right now.

00:33:02:18 - 00:33:05:02
That's why you couldn't even tell what you were looking at on the video.

00:33:05:11 - 00:33:06:20
That's a police investigation.

00:33:06:20 - 00:33:10:02
You look at a video at night in the dark when you can't even hear it,

00:33:10:19 - 00:33:12:02
you don't even see the full thing.

00:33:12:02 - 00:33:15:07
I have three other video clips on there and you've come to a conclusion,

00:33:15:18 - 00:33:16:13
this is pathetic.

00:33:16:13 - 00:33:20:07
I hope a lot of police officers see this body camera footage so that they

00:33:20:07 - 00:33:24:12
can understand what a poor job you're doing as a police lieutenant.

00:33:24:19 - 00:33:26:02
It's totally unacceptable.

00:33:26:02 - 00:33:28:01
And frankly, you should be fired.

00:33:29:25 - 00:33:32:07
You're not suited to the job.

00:33:32:07 - 00:33:34:12
You're doing an incompetent job.

00:33:34:12 - 00:33:35:28
You're impolite, you're unprofessional.

```
00:33:35:28 - 00:33:38:13
That's why I'm being rude to you,

00:33:38:13 - 00:33:40:17
because Castro is laughing at me.

00:33:40:17 - 00:33:42:00
You just admitted you're being rude to me

00:33:42:03 - 00:33:43:00
Oh, I'm admitted

00:33:43:00 - 00:33:45:05
  I'm allowed to be rude to police officers. Thank you

00:33:45:05 - 00:33:46:20
  you're allowed that's right I am allowed

00:33:46:20 - 00:33:49:06
  that's your right, that's your right... And when police officers are
rude and unprofessional

00:33:49:06 - 00:33:51:14
with me, I respond with rudeness.

00:33:51:14 - 00:33:52:23
and you think that's, that's right to be a rude?

00:33:52:23 - 00:33:54:06
  You know what I think is right? to a person?

00:33:54:06 - 00:33:56:13
I think you should lose about a hundred pounds.

00:33:56:13 - 00:33:59:01
You should learn the law, you should be courteous.

00:33:59:08 - 00:34:01:07
And then I'd be courteous to you

00:34:01:27 - 00:34:03:04
She's giving you instructions how to respond...

00:34:03:04 - 00:34:05:00
  So it's... can I show you the date to respond

00:34:05:00 - 00:34:09:21
It's on November twenties... it's November twenty first

00:34:10:11 - 00:34:11:23
Oh, an error in the report.

00:34:11:23 - 00:34:12:06
Okay.
```

00:34:12:14 - 00:34:15:21
November 21st at 930 m It's Midtown Community Court.

00:34:15:21 - 00:34:17:26
It's on 54th Street between eighth and Ninth Avenue.

00:34:17:26 - 00:34:18:23
Bring ID

00:34:19:02 - 00:34:20:16
have a better night be safe

00:34:21:21 - 00:34:22:23
you should all resign.

00:34:22:23 - 00:34:23:27
You're incompetent.

00:34:23:27 - 00:34:26:01
Look at that. You can't even cross the street.

00:34:26:01 - 00:34:26:25
You guys suck.

00:34:26:25 - 00:34:28:25
I'm never calling NYPD again.

00:34:29:00 - 00:34:31:11
I hope you all get fired.

00:34:31:11 - 00:34:32:20
You should resign.

00:34:32:20 - 00:34:34:19
You should be ashamed of yourselves.

00:34:34:19 - 00:34:37:21
And you should arrest criminals who are assaulting,

00:34:38:08 - 00:34:40:26
law abiding, taxpaying citizens.

00:34:41:24 - 00:34:44:03
Ebrahim, you are incompetent.

00:34:49:13 - 00:34:51:27
You're an incompetent, fat slob.

00:34:54:18 - 00:34:56:09
F#ckin' @ssholes.

00:35:00:27 - 00:35:02:17
Go have a pizza Ebrahim

```
00:35:03:23 - 00:35:05:05
A couple of beers.

00:35:06:08 - 00:35:08:23
You probably smoke too, you, fatso

00:35:25:18 - 00:35:26:09
ridiculous.

00:35:26:09 - 00:35:30:10
You are incompetent each of you police officers a disgrace to this city

00:35:30:19 - 00:35:32:20
You should all resign in shame

00:35:34:11 - 00:35:37:02
F#ckin' losers.
```