UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JASON GOODMAN,

                                                  Plaintiff,    23-CV-09648 (JGLC) (GWG)

                  -against-                        **NOTICE OF APPEARANCE**

CITY OF NEW YORK, ET AL.

                                                  Defendant.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **ELISSA B. JACOBS**, Senior Counsel, on behalf of the Corporation Counsel of the City of New York, Hon. Sylvia O. Hinds-Radix, appears herein as counsel of record for the Defendants City of New York, Ebrahim, Castro, Caruso, and Garcia.

Dated:  New York, New York
          May 9, 2024

                                                      SYLVIA O. HINDS-RADIX
                                                      Corporation Counsel of the
                                                      City of New York
                                                      *Attorney for Defendant City of New York*
                                                      100 Church Street, Rm. 3-193
                                                      New York, New York 10007
                                                      (212) 356-3540

                               By:     /s /  *Elissa B. Jacobs*
                                                      Elissa B. Jacobs
                                                      *Senior Counsel*