Magistrate Judge Hon. Gabriel W. Gorenstein
U.S. District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Via pro se electronic filing

Re: Case No.: 23-cv-09648-JGLC-GWC Goodman v the City of New York et al

May 13, 2024

Dear Judge Gorenstein,

    I write in response to your order (Dkt. 108) and to seek clarification. The order proves my claim that defendants rely upon an altered version of evidence that is not the original video. The order as written is impossible to fulfill so I now seek further instruction from the Court.

    On February 27, 2024, in a good faith effort to resolve this matter as quickly as possible, I sent a copy of a video I recorded on November 1, 2022 to counsel for defendants, Mary Jane Anderson as an attachment to an email message. **(EXHIBIT A)**

    To the best of my memory, Anderson called me promptly after to alert me that she was unable to receive such a large file attachment on her NYC.gov email address. In response, a second message was sent with a download link to the same video file. **(EXHIBIT B)**

    The video file in question is 1.7GB (approximately 1,700MB) in size, far larger than the storage capacity of a CD-ROM. On May 10, 2024, the Court issued an order (Dkt. 108) which made multiple references to a CD-ROM provided by defendants to the Court on March 26, 2024, which contained the video that was relied upon as evidence in the motion to dismiss. This video, however, cannot be the evidence I provided to Ms. Andersson because the storage capacity of a CD-ROM is only 680MB and is insufficient to contain the video provided. Any file provided on CD-ROM cannot be the file I recorded on November 1, 2022. Further clarification is needed.

Ms. Anderson has not provided me with a copy of the CD-ROM relied upon as evidence and shared with the Court on March 26, 2024. Ms. Anderson should be ordered to deliver a copy of this CD-ROM to me immediately so I may evaluate its contents.

With regard to my further obligations under the order (Dkt. 108), I cannot provide the evidence on CD-ROM as ordered. I am prepared to deliver a USB thumb drive or other suitable format that would contain the full 1.7GB, thirty-nine minute and twelve second video as well as all other relevant video evidence referenced in the complaint and in the defendants' motion to dismiss. This will include the October 31, 2022 video shot outside 249 West 17th street which proves that the Doe defendants spent two days harassing, intimidating and threatening to assault me before I engaged in a purely defensive verbal interaction with them the following day on November 1. This video evidence was NOT evaluated by the NYPD defendants on November 1, 2022 and not until sometime AFTER I provided the video evidence to Ms. Anderson in 2024.

Due to the Defendants' insistence on deceiving the Court, going so far as to provide a fabricated CD ROM containing fraudulent evidence, this matter should be settled at an evidentiary hearing at which all parties should review the totality of video evidence in question to avoid further doubt. Anderson and the defendants should be charged with perjury as a result of false statements pertaining to this alleged evidence.

Respectfully submitted,

Jason Goodman

**(EXHIBIT A)**



**(EXHIBIT B)**

**From:** Jason Goodman truth@crowdsourcethetruth.org
**Subject:** Goodman v City of NY Twitter attack link
**Date:** February 27, 2024 at 2:37 PM
**To:** Mary Jane Anderson  maanders@law.nyc.gov

Twitter_Incident.mp4 (1080p).mp4
drive.google.com



| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK<br>--------------------------------------------------------------------X<br>JASON GOODMAN,<br><br>                      Plaintiff,<br><br>      -against-<br><br>THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, ELON MUSK, X CORP, ADAM SHARP.<br>                          Defendants.<br>--------------------------------------------------------------------X | 23-cv-09648-JGLC-GWC<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that pro se plaintiff, Jason Goodman, served counsel for Defendants with a copy of the letter to Magistrate Judge Gabriel Gorenstein via USPS to the addresses below:

Mary Jane Anderson
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

Kenneth Trujillo-Jamison
Peter Shimamoto
Willenken LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017

John T. Mills
Brian Middlebrook
GORDON REES SCULLY MANSUKHANI, LLP
1 Battery Park Plaza, 28th Fl
New York NY 10004

CERTIFICATE OF SERVICE                                                                              1

Dated: New York, New York May 13, 2024

Respectfully submitted,
Jason Goodman
Pro Se Plaintiff
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998