UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASON GOODMAN                                          :

           Plaintiff,          :     ORDER

   -v.-                                                       :
                                                                       23 Civ. 9648 (JGLC) (GWG)
THE CITY OF NEW YORK et al.,                   :

           Defendants.       :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      With regard to plaintiff's letter of May 17, 2024 (Docket # 112), the Court assumed the disk was a CD-ROM but accepts plaintiff's statement that it is some other type of disk.

      As for the video referenced in paragraphs 31 and 32 of the complaint, plaintiff is free to upload the video referenced to the link provided in Docket # 111 (Order dated May 15, 2024). Any upload must be done on or before May 24, 2024.

      The City is directed to email plaintiff a copy of this Order.

      SO ORDERED.

Dated: May 22, 2024
       New York, New York

                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge