UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JASON GOODMAN,

                                     Plaintiff,

              -against-

THE CITY OF NEW YORK, ET AL.,

                                   Defendants.

**NOTICE OF APPEARANCE**

23-CV-09648 (JGLC) (GWG)

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **MAMOON SALEEMI**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for defendants the City of New York, Ebrahim, Castro, Caruso, and Garcia. I certify that I am admitted to practice before this Court All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
       June 27, 2024

                                                MURIEL GOODE-TRUFANT
                                                Acting Corporation Counsel of the City of
                                                  New York
                                                *Attorney for Defendants*
                                                New York, New York 10007
                                                (212) 356-2384
                                                msaleemi@law.nyc.gov

                                       By:          /s/
                                                Mamoon Saleemi
                                                *Assistant Corporation Counsel*

cc: **BY FIRST CLASS MAIL**
Jason Goodman
Plaintiff *Pro Se*
252 7th Avenue, Apt. 6S
New York, NY 10001