UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JASON GOODMAN,

               Plaintiff,

             -against-

THE CITY OF NEW YORK et al.,

             Defendants.
------------------------------------------------------X

ORDER
23 Civ. 9648 (JGLC) (GWG)

GABRIEL W. GORENSTEIN, United State Magistrate Judge

      The Court exercises its discretion not to accept any filings from any amicus curiae in this case, either now or in the future.  Accordingly, the Clerk is directed to strike Docket # 115 from the record.

      SO ORDERED.

Dated: July 2, 2024
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge