Magistrate Judge Hon. Gabriel W. Gorenstein
U.S. District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Via pro se electronic filing

Re: Case No.: 23-cv-09648-JGLC-GWC Goodman v the City of New York et al

July 16, 2024

Dear Judge Gorenstein,

    I write in response to your memorandum endorsement of July 9, 2024, (Dkt. 119) and to provide the attached affidavit as a supplement to my previous response (Dkt. 118). I would like to additionally and respectfully reiterate my request for an oral arguments hearing prior to any decision that would dismiss the Doe defendants. Justice will not be served if individuals are allowed to choke their fellow citizens only to have evidence obstructed by NYPD and the right to a fair trial denied. X Corp, Elon Musk, Adam Sharp and the NYPD defendants should be compelled to reveal the identities of the Doe defendants and to explain the nature of their relationship with them.

Respectfully submitted,

Jason Goodman