IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK                23-cv-09648-JGLC-GWC
-------------------------------------------------------------------X
                        JASON GOODMAN,

                                    Plaintiff,              **CERTIFICATE OF**
                                                           **SERVICE**
                    -against-

THE CITY OF NEW YORK and NEW YORK CITY
POLICE DEPARTMENT, NEW YORK CITY MAYOR
ERIC ADAMS, NEW YORK CITY POLICE
DEPARTMENT LIEUTENANT GEORGE EBRAHIM,
NEW YORK CITY POLICE DEPARTMENT OFFICER
CHANDLER CASTRO, NEW YORK CITY POLICE
DEPARTMENT OFFICER JENNIFER CARUSO, NEW
YORK CITY POLICE DEPARTMENT OFFICER
KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN
DOE 3, JOHN DOE 4, JANE DOE, (fictitious names
intended to be officers, representatives, agents, servants of
the New York City Police Department, individually and in
their official capacities, ELON MUSK, X CORP, ADAM
SHARP.
                                    Defendants.
-------------------------------------------------------------------X

            It is hereby certified that pro se plaintiff, Jason Goodman, served counsel for Defendants

the City of New York, X Corp and Adam Sharp with a copy of the object to the report and

recommendation to the addresses below:

maanders@law.nyc.gov
ktrujillo-jamison@willenken.com
pshimamoto@willenken.com
jtmills@grsm.com
BMiddlebrook@grsm.com

                                        Dated: New York, New York August 8, 2024

                                            Respectfully submitted,

                                                Jason Goodman
                                                Pro Se Plaintiff
                                        truth@crowdsourcethetruth.org
                                            252 7th Avenue Apt 6s
                                            New York, NY 10001
                                                347-380-6998