UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, et al.,<br><br>    Defendants. | No. 1:23-cv-09648-JGLC-GWG<br><br>**CERTIFICATE OF SERVICE** |

I, Julie Contreras, hereby certify:

1. I am a Legal Assistant at the law firm of Willenken LLP, attorneys for X Corp. in the above-referenced action.

2. On August 22, 2024, I served true and correct copies of the following:

   a) Defendant X Corp.'s Response to Plaintiff's Objections to Report and Recommendation.

Via U.S. Mail to:

Jason Goodman
252 7th Avenue, Apt. 6S
New York, NY 10001


Dated: Los Angeles, California
    August 22, 2024

                       */s/ Julie Contreras*
                       Julie Contreras