UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN,<br><br>      *Plaintiff*,<br><br>   v.<br><br>THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTANANT GEORGE EBRAHIM, NEW YORK CITY POLICY DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, (fictitious names intended to be officers, representatives, agents, servants of the New York City Policy Department, individually and in their official capacities, ELON MUSK, X CORP, ADAM SHARP,<br><br>      *Defendants*. | 1:23-cv-09648-JGLC-GWG |

## **CERTIFICATE OF SERVICE**

Defendants Adam Sharp ("Defendant") served Plaintiff with a copy of Defendant's Response to Plaintiff's Objections to Report and Recommendation, including copies of cases and other authorities cited therein that are unpublished or reported exclusively on computerized databases in accordance with Local Civil Rule 7.2, via ECF and electronic mail on August 22, 2024 at the addresses below:

    Jason Goodman
    252 7th Avenue
    Apt. 6S
    New York, NY 10001
    truth@crowdsourcethetruth.org

All other counsel of record received a copy of Defendant's Motion to Dismiss Plaintiff's Complaint and supporting documents via ECF on August 22, 2024.

Dated:   New York, New York
         August 22, 2024

                                              */s/ John T. Mills*
                                              John T. Mills, Esq.