**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON GOODMAN, | No. 1:23-cv-09648-JGLC-GWG |
| Plaintiff, | |
| v. | MEMORANDUM ENDORSED |
| THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, (fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities), ELON MUSK, X CORP, ADAM SHARP, | |
| Defendants. | |

**DEFENDANT X CORP.'S MOTION TO STRIKE ECF NO. 126**

Defendant X Corp. moves to strike the document it filed at ECF No. 126, which was inadvertently filed with an incorrect "Docket Text" describing the document. To avoid confusion, X Corp. re-filed the document with the correct "Docket Text" at ECF No. 129.

Respectfully submitted,

WILLENKEN LLP

Application granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

August 23, 2024

By: /s/ Kenneth M. Trujillo-Jamison
Kenneth M. Trujillo-Jamison
(admitted *pro hac vice*)
Peter Shimamoto
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250
ktrujillo-jamison@willenken.com

*Attorneys for Defendant X Corp.*

Dated: August 22, 2024

1