IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK                23-cv-09648-JGLC-GWC
-------------------------------------------------------------------X
                        JASON GOODMAN,

                                    Plaintiff,            **CERTIFICATE OF**
                                                         **SERVICE**
                        -against-

THE CITY OF NEW YORK and NEW YORK CITY
POLICE DEPARTMENT, NEW YORK CITY POLICE
DEPARTMENT LIEUTENANT GEORGE EBRAHIM,
NEW YORK CITY POLICE DEPARTMENT OFFICER
CHANDLER CASTRO, NEW YORK CITY POLICE
DEPARTMENT OFFICER JENNIFER CARUSO, NEW
YORK CITY POLICE DEPARTMENT OFFICER
KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN
DOE 3, JOHN DOE 4, JANE DOE, (fictitious names
intended to be officers, representatives, agents, servants
of the New York City Police Department, individually and
in their official capacities, ELON MUSK, X CORP,
ADAM SHARP.
                                    Defendants.
-------------------------------------------------------------------X


     It is hereby certified that pro se plaintiff, Jason Goodman, served counsel for Defendants

the City of New York, X Corp and Adam Sharp with a copy of the Motion for Reconsideration

and Relief from Judgment to the addresses below:

maanders@law.nyc.gov
ktrujillo-jamison@willenken.com
pshimamoto@willenken.com
jtmills@grsm.com
BMiddlebrook@grsm.com

                                    Dated: New York, New York September 27, 2024

                                        Respectfully submitted,

                                        Jason Goodman
                                        Pro Se Plaintiff
                                truth@crowdsourcethetruth.org
                                        252 7th Avenue Apt 6s
                                        New York, NY 10001
                                        347-380-6998


CERTIFICATE OF SERVICE                                                    1