UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GOODMAN,

    *Plaintiff*,

v.

THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTANANT GEORGE EBRAHIM, NEW YORK CITY POLICY DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, (fictitious names intended to be officers, representatives, agents, servants of the New York City Policy Department, individually and in their official capacities, ELON MUSK, X CORP, ADAM SHARP,

    *Defendants*.

1:23-cv-09648-JGLC-GWG

## **CERTIFICATE OF SERVICE**

    Defendant ADAM SHARP ("Defendant") served Plaintiff with a copy of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Reconsideration, together with copies of cases and other authorities cited therein that are unpublished or reported exclusively on computerized databases in accordance with Local Civil Rule 7.2, via ECF and email on October 11, 2024 at: Jason Goodman, 252 7th Avenue, Apartment 6S, New York, New York 10001, truth@crowdsourcethetruth.org.

    All other counsel of record received a copy of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Reconsideration via ECF on October 11, 2024.

Dated: New York, New York
       October 11, 2024

                                                 */s/ John Mills*
                                                 John T. Mills, Esq.