IN THE UNITED STATES DISTRICT COURT      23-cv-09648-JGLC-GWG
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                 JASON GOODMAN,            **NOTICE OF APPEAL**

                     Plaintiff,

-against-

THE CITY OF NEW YORK, NYC POLICE DEPARTMENT, NYPD LT. GEORGE EBRAHIM, NYPD OFFICER CHANDLER CASTRO, NYPD OFFICER JENNIFER CARUSO, NYPD OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, ELON MUSK, X CORP, ADAM SHARP

                         Defendants.
-----------------------------------------------------------------X

NOTICE IS HEREBY GIVEN that Plaintiff Jason Goodman, proceeding pro se, appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on January 24, 2025 (ECF No. 142), denying Plaintiff's motion for reconsideration, and the Judgment entered on August 29, 2024 (ECF No. 134), dismissing Plaintiff's claims.

                                                       Dated: February 23, 2025
                                                       Respectfully submitted,

                                                       Jason Goodman
                                                       Pro Se Plaintiff
                             truth@crowdsourcethetruth.org
            252 7th Avenue, Apt 6s, New York, NY 10001
                                                       347-380-6998

IN THE UNITED STATES DISTRICT COURT  23-cv-09648-JGLC-GWG
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                    JASON GOODMAN,  **CERTIFICATE OF SERVICE**

                          Plaintiff,

-against-

THE CITY OF NEW YORK, NYC POLICE
DEPARTMENT, NYPD LT. GEORGE EBRAHIM, NYPD
OFFICER CHANDLER CASTRO, NYPD OFFICER
JENNIFER CARUSO, NYPD OFFICER KELVIN
GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3,
JOHN DOE 4, JANE DOE, ELON MUSK, X CORP,
ADAM SHARP
                          Defendants.
-----------------------------------------------------------------------X

It is hereby certified that pro se plaintiff, Jason Goodman, served counsel for Defendants with a copy of the letter to Magistrate Judge Gabriel Gorenstein via USPS to the addresses below:

Mary Jane Anderson

Corporation Counsel of the City of New York

100 Church Street

New York, New York 10007

Kenneth Trujillo-Jamison

Peter Shimamoto

Willenken LLP

707 Wilshire Blvd., Suite 3850

Los Angeles, CA 90017

John T. Mills

Brian Middlebrook

GORDON REES SCULLY MANSUKHANI, LLP

1 Battery Park Plaza, 28th Fl

New York NY 10004.

NOTICE OF APPEAL                                                                                                         1

Dated: February 23, 2025
Respectfully submitted,

Jason Goodman
Pro Se Plaintiff
truth@crowdsourcethetruth.org
252 7th Avenue, Apt 6s, New York, NY 10001
347-380-6998
