UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASON GOODMAN,                                   :
                                                 :
       Plaintiff,                               <u>ORDER</u>
                                              :  23 Civ. 9648 (JGLC) (GWG)
  -against-
                                                 :
THE CITY OF NEW YORK et al,                      :

       Defendants.                              :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Clerk is directed to strike the document filed as Docket # 144 from the record. The Court has previously ruled that it will accept no amicus curiae filings in this case. <u>See</u> Docket # 117.

Dated: August 15, 2025
      New York, New York

                                                          _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge