IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK         23-cv-09648-JGLC-GWC
-------------------------------------------------------------------X
                JASON GOODMAN,

                      Plaintiff,                **NOTICE OF MOTION**
      -against-

THE CITY OF NEW YORK and NEW YORK CITY      **MEMORANDUM ENDORSED**
POLICE DEPARTMENT, NEW YORK CITY POLICE
DEPARTMENT LIEUTENANT GEORGE EBRAHIM,
NEW YORK CITY POLICE DEPARTMENT OFFICER
CHANDLER CASTRO, NEW YORK CITY POLICE
DEPARTMENT OFFICER JENNIFER CARUSO, NEW
YORK CITY POLICE DEPARTMENT OFFICER
KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN
DOE 3, JOHN DOE 4, JANE DOE, ELON MUSK, X
CORP, ADAM SHARP.
                           Defendants.
-----------------------------------------------------------------------X

       PLEASE TAKE NOTICE that upon the accompanying Motion to Hold Non-Party David G. Sweigert in Contempt and for Fraud Upon the Court, the supporting memorandum of law, and the attached Exhibits, Plaintiff Jason Goodman, proceeding pro se, will move this Court at such time and place as the Court may determine, before Judge Jessica G.L. Clarke, United States District Judge, Southern District of New York, for an order:

1. Holding non-party David G. Sweigert in contempt for violation of this Court's orders;

2. Finding that Mr. Sweigert has committed fraud upon the Court;

3. Imposing appropriate sanctions, including a filing injunction, monetary sanctions, and referral to appropriate authorities;

4. Directing Mr. Sweigert to appear and show cause at an evidentiary hearing; and

5. Granting such other and further relief as the Court deems just and proper.

Dated: New York, New York, August 26, 2025

Respectfully submitted,
Jason Goodman
Pro Se Plaintiff
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6S
New York, NY 10001
347-201-6017

Application denied for failure to comply with paragraph 2.A of the Court's Individual Practices.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 28, 2025

NOTICE OF MOTION 2

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025, a true and correct copy of the foregoing was served via email and USPS to the following:

Elissa Jacobs
Corporation Counsel of the City of New York
ejacobs@law.nyc.gov

Kenneth Trujillo-Jamison
ktrujillo-jamison@willenken.com
Peter Shimamoto
pshimamoto@willenken.com

John T. Mills
jtmills@grsm.com

David George Sweigert
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way
Box Elder SD 57719

Dated: New York, New York, August 26, 2025

Respectfully submitted,
Jason Goodman
Pro Se Plaintiff
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6S
New York, NY 10001
347-201-6017

NOTICE OF MOTION                                                                 3